Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the

District of

Division

Case No. 3:CV-23-0173

(to be filled in by the Clerk's Office)

Karim Abdul Rahman Martin

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

MICROSOFT EXTERNAL LEGAL AFFAIRS

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

FILED
SCRANTON

JAN 31 2023

PER _____
DEPUTY CLERK

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Karim Abdul Rahman Martin |
| Street Address | 4535 Shelmire Avenue |
| City and County | Philadelphia |
| State and Zip Code | Pennsylvania 19136 |
| Telephone Number | 215-824-5790 |
| E-mail Address | KarimMartin636@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Microsoft Corperation External Legal Affairs |
| Job or Title *(if known)* | Group, Agent |
| Street Address | One Microsoft Way |
| City and County | Readmond |
| State and Zip Code | Washington 98052 |
| Telephone Number | 425-708-0096 |
| E-mail Address *(if known)* | N/A    N/A |

Defendant No. 2

| | |
|---|---|
| Name | North Carolina Microsoft Charlotte |
| Job or Title *(if known)* | Microsoft Corporation Arrowpoint 1 |
| Street Address | 8055 Microsoft Way |
| City and County | Charlotte |
| State and Zip Code | North Carolina 28273 |
| Telephone Number | 646 225 4483 |
| E-mail Address *(if known)* | N/A    N/A |

Defendant No. 3

| | |
|---|---|
| Name | Microsoft Innovation & Policy Center |
| Job or Title *(if known)* | Microsoft Corporation |
| Street Address | 901 K Street NW 11th Floor |
| City and County | Washington |
| State and Zip Code | District of Columbia 20001 |
| Telephone Number | 202 263 5900 |
| E-mail Address *(if known)* | N/A    N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A    N/A |
| Job or Title *(if known)* | N/A    N/A |
| Street Address | N/A    N/A |
| City and County | N/A    N/A |
| State and Zip Code | N/A    N/A |
| Telephone Number | N/A    N/A |
| E-mail Address *(if known)* | N/A    N/A |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 35 U.S.C.§ 261,273,Contract Perjury,and Equal Protection,

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* N/A   N/A   , is a citizen of the State of *(name)* N/A   N/A   .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* N/A   N/A   , is incorporated under the laws of the State of *(name)* N/A   N/A   . and has its principal place of business in the State of *(name)* N/A   N/A   .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* N/A   , is a citizen of the State of *(name)* N/A   . Or is a citizen of *(foreign nation)* N/A   .

b. If the defendant is a corporation

The defendant, *(name)* __N/A__ __N/A__, is incorporated under the laws of the State of *(name)* __N/A__, and has its principal place of business in the State of *(name)* __N/A__.

Or is incorporated under the laws of *(foreign nation)* __N/A__, and has its principal place of business in *(name)* __N/A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__Nerve Trauma ,Bulging Disc Deteroirated,Mental Anguish__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In which the Year 2022 A Forgery of Authorization,and Conspiracy of Compli-city Was Illegally Endoresed Regarding the Delinquent Release of Levy Operat-ion.In which the Distribution of Dynamics Caused Exposure to Sexu-al Violation while Sleeping.In which the Address of Levy Release is Microsoft,Corperation 1 Microsoft Way,Readmond WA. 98052 ,
In which the Sexual Violation took Place 4535 Shelmire Avenue, Philadelphia Pa. 19136.         k

B. What date and approximate time did the events giving rise to your claim(s) occur?

III. SEE Attachment Page 1 Through 3 Statement of Claim.


In which the Levy Release was May,or JUne 2022,and the Sexuall Violation Occured on,and Off Starting October 2022 Threw November 2022,and other Occasions Until Present which will be Under REVIEW.

III.  STATEMENT OF CLAIM AS REPORTED

(Part B Continuence of Page 4 of 6 which Recognition of 4B Statem
-ent of Claim Shall Now Read in Attachment Regarding Complaint.)


In Reading is A Complaint Including,but not Limited too Contract
Product Liability in the Immunities to Uphold the Legislation.In
which all Stated is True,Correct,and Complete to the Best of my
Knowledge Under Penalty of Perjury Subject to Title 28 U.S.C.§ 17
46.In which the Status of Complaint in Federal Jurisdiction is
Under 28 U.S.C.§ 1331,A Case Arising Under the United States Cons
-titution,or Federal,or Treaties is A Federal Question Case.In wh
-ich the Service of Process will Service the Attention of Micros
-oft Corperation,External Legal Affairs Group,One Microsoft Way,
Redmond Washington 98052.Also for the Security Certificate of Ser
-vice will be the Securities Exchange Commission 100 F st NE Wash
-ington DC. 20549.In which Regarding Recognition of Complaint in
Violation of Contract Laws of Admonisment,Confirmation,and Violat
-ion of My Fourteenth Amendment Rights to Equal Protection Accord
-ing to Authorized Legislation.In which Regarding the Microsoft
Levy Starting Date Approximate of June 2012 with Three Exhibit le
-vy Forms Exhibit #1,#2,#3 which in My State Identification is
Identity Foundation for the Lev Form Service.In which in the Year
2022 A Forgery of Authorization,and Conspiracy of Complicity was
Illegally Endorsed Regarding the Delinquent Release of the Levy
Operation.In which Regarding Aleged Indenture Trustee Personnel,
Alleged Microsoft Control Personnel Under the Child Care Marshall
Program for My Children,and Ombudsman,or Levy Personnel I do Not
Have There Address.In which is the Assessment of Probable Cause
Investigation Due to the Lack of Information Convenience for the
Personnel to be Listed As Defendants.In which Concerning I'm A
Microsoft Share Holder,and Supplier Due to My Military Securities
,Benifits,and Furnish Bond From Four of My Services,In which I
Have Ownership of Microsoft 365,the Microsoft Cloud,the IBM Cloud
Service,Azure Commision,Aspent Controls,Grid View,and Form View
Controls,Along with other Dynamics.In which as A Result of the Le
-vy Fraud Opening Dynamic 365,and other Issue was in Distribution
without My Consent By Conspiracy Personnel,and Microsoft Personnel.
In which AS A Result on Several Occaisions In October,and November
2022 I Was Sexually Violated in My Sleep which in Microsoft was in
Notice of Assault.Also Regarding Illegal Entities which are Band
From use Stated in Contract Legislation which was Illegally Activ
-ated Inside of My Entity.In which the Illegal Entities were Used
to Distort,and Produce the Microsoft Transfusion of Blood,Human
Feces,and Vomit.In which Regarding the Lack of Admonishment with
the Unlawfull Distribution of Control Operation Arrangements Viol
-ated My Fourteenth Amendment Equal Protection Rights.In which my
Face was Frequently Changed,Control ills were Used to Deteriorate
My Vitamins,and Fatigue Health,Also my Physical Structure was Dis
-torted.Plus my Strength Capacity was Diminished and Imposed Anes-

-thesia by Control Operators was Breaking Down My Nerves,and Nerv
-es System.In which these Tragic Events Caused Mental Anguish,and
Deteriorated My Pysical State of Health.In which I have Disc Bulg
-es Meaning Disc Disease which Could be Cancer with Superimposed
Disc Herniations which SUPERIMPOSED Means From Trauma Events.Also
I Have Bone Marrow Cancer,A Hernia,A Gallstone in my Gallbladder,
and with Defect in My Lungs with Cat Scan Of High Lymph Nodes.In
which the Microsoft Control Distribution,and the Illegal Entity
Complicity Diminished the State of My Well Being.In which the Mic
-rosoft Control Personnel was Supposed to be in Distribution of
my Utility Heat Control which Has Been of For Over A Month.In whi
-ch Exhibit #4 City Appliance Service LLC Replacment of my Ignit
-ion to My Stove For 285.00 if I Could not Have Heated up the Hou
-se with the Stove I Could Have Died.In which the Railroad Process
Alleged Complicity Personnel Under Probable Cause Assessment,and
Investigation are Attoneies,and Alleged Personnel Destiny Latifah
Tombleson Martin,Destiny Martin,Christina Davis,Hafizah Homburger,
Attorney Tanisha Mathews,Towanda Letifah Lifort,Hafizah Aisha To
-wanda Sharifa Martin,Sam Wilson,Hafizah Wilson,Omar Sistrunk,
CELESTE Neil,Stepenia Wilkerson,and Fatimah Abdul Rahman Martin.
In which in the Conspiracy to the Levy Fraud with Alleged Intent
to Tamper with Entity Controls,Operations,Dynamics,and Illegal
Entity Complicity.In which Alleged Closure,or Consrtucted Modific
-ation was Alleged in Conspiracy,but Sexual Dynamics,and Detrimen
-al Exsposure was Alleged in intent.In which for Recognition Purp
-ose is My Statement of Identity which will Be My Service Detail
Exemption Numbers From my Four Military Expeditions,and Service.
In which Exhibit #5 is My Proof of Service Connected Compensation
Document Dated March 10,2022 From the Department of Veterans Affa
-irs Janesville WI 53547-4444.In which Exhibit #6 is DD-214 in
which I Served in the United States Army From July 15 1998 to Dec
-ember 06 199 Under Honorable Conditions with Microsoft Benifits,
Industry Publishing,and other Finances.In which my Army Separation
Authority is AR 635-40,PARA 4-24B(3) for Federal Benefits.In which
My Army Exemption is *194621450 AI MART 30 0 200712 670 000000000
00*.Also Exhibit Number #7 is My Navy Reserves Service Detail 2
Page Document for my Commponent Reserves General Discharge with
Two Navy Exemptions Due to the Capacity of Finance,and Furnish
Bond.In which My Initial Navy Exemption is *194621450 AI MART 30
0 201112 670 00000000000*and My SEcodary Exemption Due to Billions
of Dollers in Furnish Bond with Microsoft Benefits,and Federal Be
-efits is *194621450 AI MART 30 0 201812 670 00000000000*.In which
to Continue I Had A Honorable Rotc Certificate of Honorable Disch
-arge with A over 20 Million Doller Furnish,and Securities Deposit
which my Exemption is *194621450 AI MART 30 0 201512 670 00000000
000* in which I Received A Certification in 2002 for A Paralegal
Later to Study online for District Attorney,Sports Medicine,Economic
Infrastructure,Municipal Judge,Land,and GOvernment Ombudsman with
other Associate,Bachelor,Masters,and Doctrine Degrees.In which to
Recognition After my Dishonorable Discharge I Had A 20 Million Do
-llor Benifits Discharge in 2003 DisHonorable Exemption Number is

Page 2 of 3

-*194621450 AI MART 00 0 000000 670 00000000000*.In which Exhibit #8 is my Document with My Five FOrms of Identification with my Cl-ass C Drivers License,Veterans Identification,and Stae Levy Iden-tification.In which Due to the Basis of Modern Written Federal Magistrate Contract for the Legislature,Economic Utilities,Micros-oft Corperation Legislation,Commission Contract,Marshall Program Contract,and other Contract.In Recognition Complaint Topic #2;.In wh-ich Many Personnel Has Been Trying to Intrigue Non-Disclosure Conspiracy which in Regarding this Levy Complicity Some,and Other of the Investigative Personnel Have Been Under Investigation for Heroin,Crack Cocain,Fentanyl,Ecstasy,and other Drugs Around my Ch-ildren.In which Concerning I Have Contact Threw Microsoft,and Pe-rsonal Contact with Some of My Children,but Some of My Young Chi-ldren I Have Not Even Met.In which in Former Occasion Over Money and My Estate in which is Part of the Reason I Have A Writ of Repl-evin With the Magistrate,and US Marshal.In which Regarding My Ch-ildren the Trafficing Statue of Limitations is Exceeded Due to Knowing the Location of My Over 200 Children.In which I Bonded the TrustFUnds,and Living Conditions for My Children Although my Memo-ry Was Erassed on Several Occasions on the Microsoft Entity Cont-rols.In which the Level of Complicity is the Reason for Our Peti-tion for Reorganization Under Chapter 9 Municipality Made Applic-able Under Chapter 11 Regarding I Karim Abdul RAhman Martin Hold-er of Secured Lien Under Title 11 U.S.C.§ 1111,and Property of the Debtor.In Conclusion in the Regards of the Injuntive Relief I Move to Secure the Order to Microsoft for Levy Imposition,and the Microsoft Entity Control Disclosure,and all Record Discloure in the Jurisdiction of Karim Abdul Rahman Martin.In which too I Move for My Exemption Disclosure,and all Deeds,Title,RES,AND Stock Certificate in My Writ of Replevin.In which for Your Use is Exhib-it Number #9 Through #67 which in the Distribution,and TRansacti on Documents for Microsft,Department of Human Service,Septa,WAWA, Department of Labor,Department of Labor,and Industry,and other Accounts For Active Appropriation.In which the Injuctive Relief will be Too Stated in the Complaint Form,and all Exhibits will Fol-low this Page.In which all Stated Herein is True Correct,and Com Plete Regarding Title 28 U.S.C.§ 2242 Regarding Unsworn Falsifica-tion to Authorities,and Penalties of Perjury Under Title 28 U.S.C.§ 1746.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> In which Regarding the Microsoft Levy Starting Date Approximate T
> Time of June 2012 with Three Exibits #1,#2,#3 which in My State I
> Identification is the Reference Number to the Levy Holder Account.
> In which in the Year of 2022 A Forgery of Authorization,and Consp
> -iracy of Complicity was Illegally Endorsed Regarding the Delinqu
> -ent Release of the Levy Operation.Also in Concerning I'm A Micro
> -soft Share Holder,and Supplier Due to My Military Securites for
> Federal Benefits,and Furnish Bonds From FOur of My Service Detail.
> Also Due to the Levy Release UnAuthorized Distribution of Dynamics
> was Issued,and I was Exposed to Sexually Violation.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

> In which I Have Disc Bulges which Means Disc Disease which in FOr
> -mer Occasion My Bulding Disc was Cancer,and I Too Have SuperImpo
> -sed Herniated Disc Meaning From Trauma Events.Also I Have Bone
> Marrow Cancer with Lung DEfect,and Elevated Lymph Nodes,Also I Ha
> -ve A Hernia,and A Gallstone in My Gallbladder which the Illegal
> Entity Tranfussion,and Distortion of My Strength Capacity Deterio
> -rated My Physical Health,WITH THE Diminishing of my Nerves Anest
> =hesiac Deteriorated My Disc Condition,and the HUman Fecec,or Blood
> Caused Sickness,and Pneumonia Symtoms with Mental Anguish.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> In which For Active Appropriation I Request For A Monitored LEvy
> Be in Assesment,and Probable Cause Investigation which will be
> A Commissioned open Closed Levy to Complete Dynamic Termination
> and Maintain the Operation Personnel for Inevitable Control Secur
> -ty.In which I Too Move For Order of Control Property for the
> Means of Infrastructure,Utility Operation,and Body Function with
> all Records Excluding Newspapers,Taxes,Recipts,and Consumer Trans
> -action REcords at this Due to Levy of Capacity.In which Any Stock
> Certificates,Deeds,Titles,or RES IN THE Magistrate,and Marshall
> Writ of Replevin,and the Assessment of Child Care Personnel Utility.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/31/2023

Signature of Plaintiff  
Printed Name of Plaintiff

### B. For Attorneys

Date of signing:

Signature of Attorney  
Printed Name of Attorney  
Bar Number  
Name of Law Firm  
Street Address  
State and Zip Code  
Telephone Number  
E-mail Address

```
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Caption in Compliance F.R.C.P. Rule 11

Name: Karim Abdul Rahman Martin

Residence: 4535 Shelmire Avenue
           Philadelphia PA 19136

Telephone Number: 215-824-5790
```

| In RE: Karim Abdul Rahman Martin | Case NO: _____ |
|---|---|
| Debtor | Date: January 31, 2023 |
| | Judge: _____ |

## CERTIFICATION OF SERVICE

1. I __Karim Abdul Rahman Martin__ :

Represent __Karim Abdul Rahman Martin__ in this Matter

am the Secretary/Paralegal for __District Court__ who Represents

__Jurisdiction Under 28 U.S.C.§ 1331__ in this Matter

I am the __Debtor, and Movant__ in this Case, and I Repre-

-sent Myself. 2. On __1/31/2023__ I Sent A Copy of the Following

Page #1 of 5

-Pleadings,and/or Documents to the Parties LIsted in the Chart Be

-low.

(Please Place An(X)NeXt to Each Document You Served)

(X)United States District Court Complaint and Request for Injunct

-ion Federal Question Case Under Title 28 U.S.C.§ 1331

(X)Exhibit #1,#2,#3 Three LEvy Forms For Dynamic 365,the MIcrosft Cloud,and other Dynamics,Camera's,and Lights.

(X)Exihibit #4 City Appliance Service LLC Ignation Replacement for Stove.

(X)Exhibit #5 Army DD-214 Honorable Discharge,Service Comp. Document.

(X) Exhibit #6 Army Actual DD-214 Form

(X) Exhibit #7 Proof of Navy Component Reserves Service Detail.

(x)Document with Five FOrms of Identification Class C Drivers Lisense,SOcial Security Card,Vetrans Benefits Identification,State Service Identification,and other IDentification.

(X) Exhibit #8 Through # 67 which is My Distribution I.R.S. Account Transaction DOcuments with Exemption From Military Benefits Cited.

In which for Monitor,FourTeenth Amendment Rights to Equal Protect -ion,Civil Immunities,and Procedure Due Process of the District Court.In which All Listed in the Service Chart Including with all Forms of Service in Active Appropriation.

Page #2 of 5

| Name AND ADDRESS OF PARTY SERVED | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Max Rosenn U.S. Courthouse, 197 South Main Street, Room 2 Wilkes-Barre, PA 18701 | Document Filing Sent For Hearing Before the District Court | Document Filing in Service to the Court Clerk |
| William J. Nealon Federal Bldg & U.S Courthouse 235 N. Washington Avenue Scranton PA 18503 US Attorney David J Freed | Inspection of the Primeses for ACTIVE Appropriation | Premises and Court Clerk Filing |
| Microsoft Corperation External Legal Affairs, One Microsoft Way Readmond WA 98052 | Service of Summons the on Relationship Defendent | Service By the Clerk of the Courts in Priority Express Mailing. |
| North Carolina Microsoft Charlotte, Microsoft Arrowpoint 1, 8055 Microsoft way Charlotte NC 28273 | Microsoft Service of Summons Agent Active Defendent | Service By the Clerk of the Courts in Priority Express Mailing |
| Microsoft Innovation & Policy Center, 901 K Street NW 11th Floor, Washington DC 20001 | Microsoft Service of the Summons AGent to Active Defendent | Service of the Clerk of the Courts in Priority Express Mailing |
| Securities Exchange Commission, U.S. Securities and Exhange Commission, 100 F ST NE Washington DC 20549 | Multi Litigation Transfer for Coordination of Case. | Prioity Mail Express US Postal Service |
| Honorable Antony J Blinken, Secretary of State, Washington DC 20520 | Service Recognition to the District Court Filing | Priority Express Mailing US Postal Service |
| Service Continue on Next Page | Continue Chart | Continue Service Chart |

| Name and address of party SERVED | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Department of the Treasury, Internal Revenue Service, I.R.S.,Stop 6525 Kansas City MO 64999-002 | Sovereign Service Center Requirement | Prioity Express Mailing,or Priority with Certified |
| I.R.S.Complaint Process, I.R.S. EO Classification, Mail Code 4910DAL,1100 Comm -erce st,Dallas TX 75242-1198 | ComplaintService Agent Address | Priority Mailing with Certified |
| Internal Revenue Service Attn;Return Preparer Office 401 Peachtree Street NW,Mail Stop 421-D,Alanta GA  30308 | Second Complaint Agent Address for Active Recognition | Priority Mailing and Certified Mail |
| Merrick Garrland United STates Attorney General,U.S. Depart -ment of Justice,950 Pennsyl -vania Avenue,NW,Washington DC 20530-0001 | Multi Litigation Tran -sfer for coordination | Priority Express Mail US Postal Service |
| US Attorney's Office,504 w. Hamilton st,Allentown PA 18101 | Recognition for the Coordination of the Case | Prioity Mailing or Certified Mail |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

In which Concerning the Above Documents in this Certificate of Se
-rvice is in the Complaint Procedure to Appropriate the Due Proce
-ss of the Case.In which in Commission the Recognition in Some
Reference of the Multidistrict Litigation Premises For the Direct
Coordinated Moniter Due to Capacity of Municipality.In which Plea
-se Conduct the Probable Cause Investigation to Process,and Defend
the Matters,and Jurisdiction of the Federal Reserve Act,Securities
Exchange Act,and the United States Constitution.In which for your
Use for Investigative Purpose all Exemption Information is in the
Service Detail in the Compliant for Recognition of Military Furni
-sh Bonds,Securities,and Federal Benifits for Microsoft,and More.
In which Regarding for Your Use of Investigation Regarding the
Financial Disclosure,and Transaction Inquiry Documents with the
Different Exemption Disclosure Numbers on the Bottom of Each Note.
In which Both the State Department,and Treasury Department Received
Notice Regarding Location of My Property,and the Disclosure of the
Property web Site Colored Photos Regarding Discription of My Prop
-erty.In which to Conclude for Disclosure Purpose is My Exemption
Activation Number for Municipality Coordination is #0014186371 160
2207801 8551 7248 75017,and 10-4-17 mc P.N. for Active Standard.


Under Penalty of Perjury I Declare that all Stated is True,and
Complete Subject to Titlt 28 U.S.C.§ 1746.


Date January 31,2023

IF-238 (07/10)

ADMINISTRATIVE OFFICE OF THE U.S. COURTS
**MILITARY SERVICE INFORMATION**

The AO tracks military service for reporting purposes and to notify eligible staff when benefits change. If you have served in the United States military, please complete the information below.

Employee Name: Karim A. Martin   (Army)

Military Start Date: July 15 1998

Military End Date: November 6, 1999

Military Grade: PV1 -92A10 00 Automated Logistic Specialist--1

| Veterans Preference |
|---|
| None |
| 5 point |
| 10 point 30%+ Comp |
| 10 point < 30% |
| 10 point disability |
| 10 point other |

| Branch of Service |
|---|
| Air Force |
| Army |
| Coast Guard |
| Marines |
| Navy |
|  |

| Military Separation Status |
|---|
| Not Applicable |
| Retired |
| Separated |
|  |

| Veterans Status |
|---|
| Active Reserve |
| Inactive Reserve |
| Retired Military |
| Other Veteran |

| Reserve Category | | |
|---|---|---|
| **Type*** | **Branch** | **Other** |
| IMA | Air Force | Air National Guard |
| IRR | Army | Army National Guard |
| Selected Reserve | Coast Guard | Draft Eligible |
| Standby Reserve | Marines | Navy Reserve – Merchant Marines |
|  | Navy | Not Applicable |

*IMA – Individual Mobilization Augmentee
IRR – Individual Ready Reserve

*Print the completed form and bring it with you to your new employee orientation session.*

IF-238 (07/10)

ADMINISTRATIVE OFFICE OF THE U.S. COURTS
**MILITARY SERVICE INFORMATION**

The AO tracks military service for reporting purposes and to notify eligible staff when benefits change. If you have served in the United States military, please complete the information below.

Employee Name: Karim Martin (Navy Component Reserves)

Military Start Date: January 2003

Military End Date: May 2004

Military Grade: Seaman Recruit

| Veterans Preference |
|---|
| None |
| 5 point |
| 10 point 30%+ Comp |
| 10 point < 30% |
| 10 point disability |
| 10 point other |

| Branch of Service |
|---|
| Air Force |
| Army |
| Coast Guard |
| Marines |
| Navy |
| |

| Military Separation Status |
|---|
| Not Applicable |
| Retired |
| Separated |
| |

| Veterans Status |
|---|
| Active Reserve |
| Inactive Reserve |
| Retired Military |
| Other Veteran |

| Reserve Category | | |
|---|---|---|
| **Type*** | **Branch** | **Other** |
| IMA | Air Force | Air National Guard |
| IRR | Army | Army National Guard |
| Selected Reserve | Coast Guard | Draft Eligible |
| Standby Reserve | Marines | Navy Reserve – Merchant Marines |
| | Navy | Not Applicable |

*IMA – Individual Mobilization Augmentee
IRR – Individual Ready Reserve

*Print the completed form and bring it with you to your new employee orientation session.*

Form **13909**
(December 2016)

Department of the Treasury - Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral)

**1. Name of referred organization**
Microsoft Legal Affairs Group

**Street address**
One Microsoft Way

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| ReadMond | WA | 98052 | January 31, 2023 |

**2. Organization's Employer Identification Number (EIN)**
526004813

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [ ] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [ ] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income or excise tax liability properly
- [ ] Organization failed to file required federal tax returns and forms
- [ ] Organization engaged in deceptive or improper fundraising practices
- [ ] Other *(describe)*

**4. Details of violation**

**Name(s) of person(s) involved**
Destiny Letifah Martin Martin, Hafizah Humberger, and Attorney Tanya Mathews

**Organizational title(s)**
Alleged Indenture Trustee, Alleged Securities Intrist Commission

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Alleged 2004 until Present | N/A Impractable Circumstance |

**Description of activities** In which the Conspiracy of Fraudulant Complicity Regarding the Initial Levy Commenced in the Year 2012 was illegally Released without My Consent, or My Presents. In which the Identity Fraud Exposed, and Administered the UnAuthorized Distribution of Dynamic 365, and Others Under My Military Furnish Bond, Credit Deposits, and Federal Benefits to Expose me, to Sexual Violation with ill Intent.

**5. Submitter information**

**Name**
Karim Abdul Rahman Martin the Undersigned Authority, and Alleged Beneficiary

**Occupation or business**
Owner of Microsoft Shares, and Supplier of Dynamics, IBM Cloud, Azure, and More

**Street address**
4535 Shelmire Avenue

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Philadelphia | PA | 19136 | 215-824-5790 |

- [ ] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Catalog Number 50614A   www.irs.gov   Form **13909** (Rev. 12-2016)