| IRS ADDRESS: | | | TELEPHONE NUMBER OF IRS OFFICE: | SEQNU' |
|---|---|---|---|---|
| ACS SUPPORT - STOP 813G | | | TOLL FREE | 1-800-829-3 |
| PO BOX 145566 | | | SBC | |
| CINCINNATI, OH 45250-5566 | | | | |

NAME AND ADDRESS OF TAXPAYER:
RAYMON E MADDERRA
PO BOX 188
DUNNIGAN CA 95937-0188884

TO: P     52-6004813     DPC05

SOCIAL SECURITY ADMINISTRATION
ATTN: MARK A. SILVESTRI /D OF C ACCH
HD4170 P O BOX A
002780   CRESSON      PA   16699-0001990

IDENTIFYING NUMBER(S):
MADD  K  00     542-36-91

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12-31-2006 | $ 5,503.05 | $ 3,693.09 | $ 9,1 |
| 1040 | 12-31-2008 | $ 2,059.07 | $ 478.75 | $ 2,5 |

Employer or Other Addressee: Please complete the back of thispage.

Total Amount Due ▶    $   11,7

We figured the interest and late payment penalty to   10/10/2012

Statement of Exemptions and Filing Status (to be completed by taxpayer; instructions are on the back of part
My filing status for my income tax return is (check one):  ☐ Single;  ☐ Married Filing a Joint Return;
☐ Married Filing a Separate Return;  ☐ Head of Household;  or  ☐ Qualifying Widow(er) with dependent chi

ADDITIONAL STANDARD DEDUCTION: _____ (enter amount only if you or your spouse is at least 65 and/or blind).

I certify that I can claim the people named below as personal exemptions on my income tax return and that none are claimed on another Notice of Levy. No one I have listed is my minor whom (as required by court or administrative order) I make support payments that are already exempt from levy. I understand the information I have provided may be verified by the Internal Revenue Service. Under penalties of perjury, I declare that this statement of exemptions and filing status is true.

| Name (Last, first, middle initial) | Relationship (Husband, wife, son, daughter, etc.) | Social Security Numb |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Taxpayer's signature

*Exhibit #2*
*Microsoft Levy*
*365 Dynamics*
*and others*

Part 3 - RETURN TO IRS

FORM 668-W(c) (Rev.1-