
**IRS** Department of the Treasury
Internal Revenue Service
ACS SUPPORT - STOP 813G
PO BOX 145566
CINCINNATI, OH 45250-5566

Date:
JULY 20, 2012

V 00

Case Reference Number:
9881997027
Caller ID:                    200952

Contact Telephone Number:
TOLL FREE:  1-800-829-7650
BEST TIME TO CALL:
MON - FRI  8:00 AM TO 8:00 PM LOCAL
ASISTENCIA EN ESPANOL 1-800-829-7650

JOHN HUGHES
% SOCIAL SECURITY ADMIN
DIV OF CENTRAL ACCOUNTING
HD4170 P O BOX A
CRESSON PA 16699

6758

## We Need More Information

We have been unable to reach you by telephone to discuss your tax account(s) shown on the back of this letter. Please call us within 7 days from the date of this letter.

If you decide to write to us, please include the enclosed return cover sheet with your correspondence in the envelope provided. Keep this letter for your records.

V. G. Ristogny

Operations Manager, Automated Collection System

Enclosures:
Return Cover Sheet
Envelope

*Exhibit #3*
*penn state Univ*
*and Microsoft*
*Lights and*
*other*

*492485552103*

Letter 2067 (Rev. 01-2004)(LT-14)

*Exhibit #3 penn state Levy and mtrcs of lights page 2*

Pay By Date:   08-01-2012

| Type of Tax | Period Ending | Assessed Balance | Accrued Interest | Late Payment Penalty | Total |
|---|---|---|---|---|---|
| 1040A | 12-31-2006 | $ 23,037.14 | $ 614.08 | $ 0.00 | $ 23,651.22 |
| 1040A | 12-31-2007 | $ 21,199.79 | $ 565.11 | $ 505.64 | $ 22,270.54 |
| | | | | Total Amount Due | $ 45,921.76 |

| Type of Tax | Period Ending | Name of Return |
|---|---|---|
| | | |