# City Appliance Service LLC

215-960-4244 / p6335007@yahoo.com

| Date of Order | 12/22/22 | No. | PHA22222 002 |
|---|---|---|---|
| Name | Karim A Martin | Phone | +12154335258 |
| Address | 4535 Shelmire Ave PA 19136 | City | Philadelphia |
| Make | General electric | Appliance | Gas stove | Service Request | not work ignition |
| Model | JGBP24BEA2WH | | | Serial | DV20138TP |

| Quant. | Description | Price | Amount |
|---|---|---|---|
| | ignition replacement | | $285.00 |
| | Exhibit # 4 Bill for Ignition Replacement | | |

30 Day labor warranty and _2manths_ warranty on installed parts. No warranty on damaged by external problems or interference by another company. No warranty on fuses, Freon, filters, access valves, moving units. Not responsible for loss of food.

Until the invoice is fully paid by the customer, City Appliance Service LLC has all ownership rights of parts (installed or uninstalled). In case of order cancelation, customer must provide access for City Appliance Service LLC to remove the previously installed parts under the canceled invoice. There will be a 25% restocking fee on ordered parts or installed parts. To proceed with the refund for the order all installed parts should be returned to City Appliance Service LLC.

Limited liability: Our insurance carrier requires us to inform you that, due to the nature of appliance repair and installation, and any damage incurred by our service technician to the product or surrounding areas (including cabinets and flooring) when removing your appliances for repair and in performing the required services will be your responsibility, and relieves us of any cost of repairs, should damage occur, our technician are extensively trained and held to the highest standards and, naturally we will be careful as possible. On refrigerator repairs we recommended day testing before usage; we will not be responsible for any food spoilage.

All online payment should be proceeded within 24h upon receiving the payment link. I agree to pay City Appliance Service LLC a fee of 25$ for each returned check. I agree to pay all expenses incurred in any collection action brought against me to recover unpaid bill. Expenses shall include but not be limited to reasonable attorney's fees and cost.

(Customer signature and date)

Estimate _____ Approved _____

Estimated price does not include tax and additional fee, that may appear after acceptance/report.

| Total Material | |
|---|---|
| Tax | |
| Deposit | |
| Labor | |
| Total | $285.00 |
| Balance Due | |

(Customer signature and date)