| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| MARTIN, KARIM A | ARMY/RA | 194 62 1450 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PV1 | E1 | 19801024 | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| PHILADELPHIA, PA | 714 W YORK ST PHILADELPHIA, PA 19133 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| 542ND MAINTENANCE COMPANY FC | FORT LEWIS, WA 98433 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE None |
|---|---|
| NA | Amount $ 200,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 92A10 00 AUTOMATED LOGISTIC SPECIALIST--1 YRS-0 MOS//NOTHING FOLLOWS | a Date Entered AD This Period | 1998 | 07 | 15 |
| | b Separation Date This Period | 1999 | 12 | 06 |
| | c. Net Active Service This Period | 0001 | 04 | 22 |
| | d Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f Foreign Service | 0000 | 00 | 00 |
| | g Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1999 | 03 | 24 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)**

ARMY SERVICE RIBBON//NOTHING FOLLOWS

**14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)**

AUTOMATED LOGISTICS SYSTEMS SPECIALIST COURSE, 11 WEEKS, 1998//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 26.0 |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | X No |

**18. REMARKS**

DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//DISABILITY SEVERANCE PAY-- $1918.80//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//PHYSICAL DISABILITY SEVERANCE IAW 10 USC 1208.//NOTHING FOLLOWS

*Exhibit #6 Army 00-214*

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 714 W YORK ST PHILADELPHIA, PA 19133 | WANDA E MARTIN, 714 W YORK ST PHILADELPHIA, PA 19133 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | PA | DIR. OF VET AFFAIRS | Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | | | LARRY H. CLAY, NCO, CHIEF, TRANSITION CENTER |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGE | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-40, PARA 4-24B(3) | JFL | 3 |

**28. NARRATIVE REASON FOR SEPARATION**

DISABILITY, SEVERANCE PAY

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214, NOV 88 — Previous editions are obsolete — SERVICE - 2