Service_Request_Information (32)

Referral Request from:
NATIONAL PERSONNEL RECORDS CENTER
1 Archives Drive
St. Louis MO 63138

```
****************************************************************************
SERVICE REQUEST
****************************************************************************
```
SERVICE REQUEST #: 2-21283257962
HOW RECEIVED: Mail
DESCRIPTION:

---

REQUESTER INFORMATION:

---

LAST NAME: MARTIN
FIRST NAME: KARIM
STREET: 4535 SHELMIRE AVE
CITY: PHILADELPHIA
STATE: PA
POSTAL CODE: 19136-3707
PHONE: 2158245790
FAX:
EMAIL: karimmartin39@gmail.com
COMPANY:

---

VETERAN INFORMATION:

---

LAST NAME: MARTIN
FIRST NAME: KARIM
MIDDLE NAME: A
SSN: 194621450
DATE OF BIRTH: 10/24/1980
DATE OF DEATH:
PLACE OF BIRTH: PA
BRANCH OF SERVICE: Army

---

SERVICE DETAILS

---

SERVICE DETAIL - 1
BRANCH: Army
COMPONENT: Active
DATE RELEASED: 12/1999
OFFICER/ENLISTED: Enlisted
SERVICE NUMBER:
SERVICE PERIOD: Other Not Listed

SERVICE DETAIL - 2
BRANCH: Navy
COMPONENT: Reserve
DATE RELEASED: 2004

[Handwritten annotation: Exhibit #7 Navy Component Reserves / National Guard serves Detail #2]

```
                    Service_Request_Information (32)
OFFICER/ENLISTED: Enlisted
SERVICE NUMBER:
SERVICE PERIOD: Other Not Listed
-----------------------------------------------------------------------
--------
DOCUMENTS REQUESTED
-----------------------------------------------------------------------
--------
-----------------------------------------------------------------------
--------
SERVICE REQUEST NOTES
-----------------------------------------------------------------------
--------

NO NOTES FOUND

***********************************************************************
```

*Exhibit #7 Page 2 Completed Detail* (handwritten)