









Exhibit # 8
Five Forms of
Identification
Along with
Law ID # 04104104