

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9054
ANDOVER   MA   01810-9054

In reply refer to:  0832292712
Apr. 14, 2014     LTR 96C    0
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   201112 30
                        00000031
BODC: WI

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823



001349

```
Social Security Number:   ████-1450
      Name of Taxpayer:   Karim A Martin
       Tax Period(s):     Dec. 31, 2011

               Form:   1040
```

Dear Taxpayer:

Thank you for your correspondence received Feb. 27, 2014.

We have associated your correspondence and attachments with your
account.  Thank you.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer,  you can write to us at the address at the top of the
first page of this letter.

Whenever you write, include a copy of this letter and provide in
the spaces below your telephone number with the hours we can reach
you. Keep a copy of this letter for your records.

Telephone Number (   )_____   Hours_____

We apologize for any inconvenience, and thank you for your
cooperation.

                                    Sincerely yours,

*Exhibit #9 Transaction
Account, and Distribution
Account for Microsoft
Cloud, and Dynamics
Inquiry Form has
Navy Exemption*

                                    *Elizabeth M. Plunkett*
                                    Elizabeth M. Plunkett
                                    Department Manager, OP2-Dept 1

 **IRS** Department of the Treasury
Internal Revenue Service
PO BOX 9054
ANDOVER MA 01810-9054

001349.435818.27584.5889 1 MB 0.435 530

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

001349

*Exhibit #9
Inquiry Form
with Navy
Exemption
*194621450 AI MART
30 0 201112 0000000
000* Microsoft tran-
-saction Account*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for inquiries only
                              0832292712                  Letter Number:   LTR0096C
    BODCD-WI                                              Letter Date  :   2014-04-14
                                                          Tax Period   :   201112



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

INTERNAL REVENUE SERVICE
PO BOX 9054
ANDOVER  MA  01810-9054

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.          Use for payments
                              0832292712                  Letter Number:   LTR0096C
    BODCD-WI                                              Letter Date  :   2014-04-14
                                                          Tax Period   :   201112



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

INTERNAL REVENUE SERVICE

FRESNO CA  93888-0419

194621450 AI MART 30 0 201112 670 00000000000