
5045 East Butler Avenue
Fresno CA 93880-0000

In reply refer to: 1183502062
Feb. 12, 2018 LTR 418C 0
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 200712 30
00015263
BODC: WI

Exhibit #10 Transaction and Distribution Account from Department of Human Service and Social Security with Army Exemption on Bottom of Inquiry

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

009855

Taxpayer identification number: 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
Tax periods: Dec. 31, 2007

Form: 1040

Dear Taxpayer:

Thank you for your correspondence dated Nov. 13, 2017, and your payment of $50.00.

Please send us a signed copy of your U.S. Individual Income tax return. Be sure to include copies of any schedules, forms, or documents. Attached all your supporting documents to your tax return.

If you have any questions, you can call us at 800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, please include this letter and provide your telephone number with the hours we can reach you in the spaces below. Keep a copy of this letter for your records.

Telephone Number ( )____________________ Hours________________

Sincerely yours,

Jacqueline D. Francois

Jacqueline D. Francois
Operation 2 Manager

Enclosures:
Copy of this letter
Envelope

IRS Department of the Treasury
Internal Revenue Service
5045 East Butler Avenue
Fresno CA 93880-0000

Exhibit # 10
Transaction, and Distribution Account for Department of Human Service Army Exemption
*194621450 AI MART 30 0 200712 670 000000 00000*

009855.827076.482280.20161 1 AB 0.408 860

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

009855

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY. DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.
1183502062

BODCD-WI

Use for inquiries only

Letter Number: LTR0418C
Letter Date : 2018-02-12
Tax Period : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

INTERNAL REVENUE SERVICE
5045 East Butler Avenue
Fresno CA 93880-0000

194621450 AI MART 30 0 200712 670 00000000000

The IRS address must appear in the window.
1183502062

BODCD-WI

Use for payments

Letter Number: LTR0418C
Letter Date : 2018-02-1
Tax Period : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

INTERNAL REVENUE SERVICE

FRESNO CA 93888-0419

194621450 AI MART 30 0 200712 670 00000000000


Department of the Treasury
Internal Revenue Service
310 Lowell Street
Andover MA 01812-0000

In reply refer to: 0847493394
Feb. 19, 2021 LTR 96C 0
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 201812 30
00000044
BODC: WI

Exhibit # 12
Transaction and Distribution Account Microsoft Azzure and other Dynamics Navy Second Exemption on Inquiry

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

002144

Social Security number or individual taxpayer ID number: 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
Tax periods: Dec. 31, 2018

Dear Taxpayer:

Thank you for your correspondence which we received on July 23, 2020.

Our records show that you do not have any federal tax debts that we would be obligated to collect. We do show that there is a federal debt outstanding in your name, however we do not have any access to that information, nor do we have any control over the debt.

For information about the Federal debt, or debts, or to dispute any outstanding debt that is in your name, you would need to contact the Bureau of the Fiscal Service. Their phone number is 800-304-3107, and they available Monday - Friday from 7:30 a.m. to 5:00 p.m. Central time.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (  ) ______________________ Hours ____________________

Keep a copy of this letter for your records.

Thank you for your cooperation.