**Department of the Treasury**
**Internal Revenue Service**

```
Kansas City Service Center              In reply refer to: 1226546433
Kansas City  MO  64999                  Aug. 18, 2016    LTR 96C   0
                                        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   201112  30
                                                              00005717
                                                        BODC: WI
```



KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA  PA  19136-3310

010362

```
          Social security number: 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
                    Tax periods: Dec. 31, 2011
                           Form: 1040
```

Dear Taxpayer:

Thank you for your correspondence received May 10, 2016.

We reviewed the information you provided and determined no action is necessary on your account.

Records show that no filing requirements, no refunds and no income documents are present on your account. No action is required at this time.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( )_____  Hours_____

*[Handwritten:]* Exhibit # 11 transaction and Distribution Account for Microsoft controls and paperwork with Navy Exemption on Inquiry

```
                                                           1226546433
                                    Aug. 18, 2016    LTR 96C    0
                                    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   201112 30
                                                       00005718
```

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA  PA  19136-3310


                              Sincerely yours,

                              *[signature]*

                              Todd L. Harbor
                              FA Area Director, Area 2

*[handwritten annotation:]* Exhibit #11 Back page for Microsoft controls and paperwork

 **Department of the Treasury**
**Internal Revenue Service**
Kansas City Service Center
Kansas City   MO   64999

010362.534999.29353.27804 1 AB 0.399 536

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA   PA   19136-3310

010362

*handwritten note:* Exhibit # 11 transanction and Distribution Accont with Nayy Exemption *194621450 AT MART 30 0 201112 670 00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
1226546433
BODCD-WI

Use for payments
Letter Number: LTR0096C
Letter Date  : 2016-08-18
Tax Period   : 201112

*194621450*

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA   PA   19136-3310

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City   MO   64999

194621450 AI MART 30 0 201112 670 00000000000