0847493394
Feb. 19, 2021 LTR 96C 0
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 201812 30
00000045

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

Sincerely yours,

Stephen E Woodbury

Stephen E. Woodbury
Program Manager

Exhibit # 12
second page of
Distribution, and
Transaction Account
for second Navy
Exemption



IRS Department of the Treasury
Internal Revenue Service
310 Lowell Street
Andover MA 01812-0000

Exhibit # 12
Inquiry Document for the transaction of Account for Microsoft Second Navy Exemption
*194621450 AI MART 30 0 201812 670 000000000000*

002144.998567.359624.3595 1 MB 0.450 532

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

02144

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0847493394

BODCD-WI

Use for inquiries only
Letter Number: LTR0096C
Letter Date : 2021-02-19
Tax Period : 201812

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE
310 Lowell Street
Andover MA 01812-0000

194621450 AI MART 30 0 201812 670 000000000000

---

The IRS address must appear in the window.
0847493394

BODCD-WI

Use for payments
Letter Number: LTR0096C
Letter Date : 2021-02-19
Tax Period : 201812

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE

FRESNO CA 93888-0419

194621450 AI MART 30 0 201812 670 000000000000