

```
IRS, STOP 6525                    In reply refer to:   0342976558
  KANSAS CITY  MO  64999-002      Apr. 23, 2019      LTR 96C    0
                                  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   201112 30
                                  Input Op:   0354676558 00000874
                                                        BODC: WI
```



KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

03181

```
            Social security number or
    individual taxpayer ID number:   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
                      Tax periods:   Dec. 31, 2011
```

Dear Taxpayer:

Thank you for your correspondence which we received on Dec. 26, 2018.

We reviewed the information you provided and determined no action is necessary on your account.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( )_____  Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

*[Handwritten note:] Exhibit #13 transaction and Distribution Accounts for Manufacture, and Distribation warehouse and Education universities Navy Exemption on Bottom of Inquiry*

```
                                          0342976558
                           Apr. 23, 2019     LTR 96C    0
                           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   201112 30
                           Input Op:   0354676558 00000875
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136


                              Sincerely yours,

                              *Shundesta L. Callicut* (signature)

                              Shundesta L. Callicut
                              Dept. Mgr., Accounts Management

*Handwritten annotation:* Exhibit #13 second page of Notice Regarding transaction Account for warhouse, and unversities

**IRS Department of the Treasury**
**Internal Revenue Service**
IRS, STOP 6525
KANSAS CITY  MO  64999-002

003181.143001.462481.1830 1 MB 0.428 530

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

003181

*Handwritten note:* Exhibit #13 transaction, and Distribution Account Inquiry Document with Navy Exemption *194621450 AI MART 30 0 201112 670 00000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0342976558
BODCD-WI

INTERNAL REVENUE SERVICE
IRS, STOP 6525
 KANSAS CITY  MO  64999-002

Use for inquiries only
Letter Number:  LTR0096C
Letter Date  :  2019-04-23
Tax Period   :  201112



*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.
0342976558
BODCD-WI

INTERNAL REVENUE SERVICE
5
KANSAS CITY  MO  64999-0150

Use for payments
Letter Number: LTR0096C
Letter Date  : 2019-04-23
Tax Period   : 201112

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

194621450 AI MART 30 0 201112 670 00000000000