**IRS** Department of the Treasury
Internal Revenue Service

ATLANTA  GA  39901-0001

In reply refer to: 1332857058
Feb. 07, 2013    LTR 96C    0
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  201112 30
                    00000489
                BODC: WI

KARIM A MARTIN
HD4170 PO BOX A
CRESSON  PA  16699-0001



019557

Dear Taxpayer:

Thank you for your correspondence received Nov. 13, 2012.

We have reviewed your information and determined no action was necessary on your account.

If you require any additional assistance please let us know.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number ( )_____ Hours_____

We apologize for any inconvenience, and thank you for your cooperation.

Sincerely yours,

Frank Nolden
Area Dir., Field Asst. Area 3

*Exhibit # 14 Transaction and Distribution Account for the Department of Corrections, and other Facilities with my Nay Exemption on Inquiry*



**IRS Department of the Treasury
Internal Revenue Service**

ATLANTA GA 39901-0001

```
019557.293145.0101.003 1 MB 0.405 530
```

KARIM A MARTIN
HD4170 PO BOX A
CRESSON  PA  16699-0001

019557

*Handwritten note:*
Exhibit #14 Transaction and Distribution Account for the Department of Corrections with Navy Exemption
*194621450 AI MART
30  0  201112  670
00000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

| The IRS address must appear in the window. 1332857058 | Use for inquiries only | |
|---|---|---|
| BODCD-WI | Letter Number: | LTR0096C |
| | Letter Date   : | 2013-02-07 |
| | Tax Period    : | 201112 |



*194621450*

KARIM A MARTIN
HD4170 PO BOX A
CRESSON  PA  16699-0001

INTERNAL REVENUE SERVICE

ATLANTA  GA  39901-0001

194621450 AI MART 30 0 201112 670 00000000000

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| The IRS address must appear in the window. 1332857058 | Use for payments | |
|---|---|---|
| BODCD-WI | Letter Number: | LTR0096C |
| | Letter Date   : | 2013-02-07 |
| | Tax Period    : | 201112 |

*194621450*

KARIM A MARTIN
HD4170 PO BOX A
CRESSON  PA  16699-0001

INTERNAL REVENUE SERVICE

KANSAS CITY  MO  64999-0204

194621450 AI MART 30 0 201112 670 00000000000