**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA  PA  19255-0025

In reply refer to: 0546006332
Nov. 06, 2014   LTR 3064C   0
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   000000   00
                    00013345
               BODC: WI



KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

014044

    Taxpayer identification number:  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
              Tax period(s):  Dec. 31, 2011

              Form:  1040

Dear Taxpayer:

Thank you for your reply dated June 11, 2014.

Internal Revenue Service cannot aid you in your release from incarnation

If you need forms, schedules, or publications mentioned in this letter, you can get them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (    )_____    Hours_____

Thank you for your cooperation.

*[Handwritten:] Exhibit #15 Transaction and Distribution Account for Agriculture, Aircraft and Commission, and Politician Account with Navy Dishonorable Discharge Benefits Exemption after Appeal*

```
                                            0546006332
                         Nov. 06, 2014   LTR 3064C    0
                         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   000000 00
                                              00013346
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820


                                Sincerely yours,

                                *Nancy J Aiello*

                                Nancy J. Aiello
                                Field Director, Accounts Management

Enclosure(s):
Copy of this letter

Exhibit #15
second page
of transaction &
Distribution Account
for Agriculture and
Politician
          Exemption

**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA PA 19255-0025

014044.503899.270436.13802 1 MB 0.435 690

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

014044

*Exhibit #15*
*Transaction, and*
*Distribution Account*
*Inquiry for Politician*
*and Agriculture Exemptions*
*#194621450 AI MART*
*00 0 000000 670*
*00000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0546006332

BODCD-WI

INTERNAL REVENUE SERVICE

PHILADELPHIA PA 19255-0025

Use for inquiries only
Letter Number: LTR3064C
Letter Date : 2014-11-06
Tax Period : 000000



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

---

194621450 AI MART 00 0 000000 670 00000000000

The IRS address must appear in the window.
0546006332

BODCD-WI

INTERNAL REVENUE SERVICE

KANSAS CITY MO 64999-0202

Use for payments
Letter Number: LTR3064C
Letter Date : 2014-11-0
Tax Period : 000000

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

194621450 AI MART 00 0 000000 670 00000000000