**IRS** Department of the Treasury
Internal Revenue Service

P.O. Box 236 AM STOP 64
Memphis  TN  38101-0236

In reply refer to: 0350375027
June 13, 2019    LTR 96C    0
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   201112 30
                    00000594
BODC: WI



.0031

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

```
       Social security number or
  individual taxpayer ID number:  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
              Name of taxpayer:   KARIM A MARTIN
                  Tax periods:    Dec. 31, 2011  Dec. 31, 2007
```

Dear Taxpayer:

Thank you for your correspondence which we received on May 08, 2019.

At this time, you do not need to do, or send, anything else regarding your federal tax accounts. If you have questions regarding this specific matter, please refer to the following when you call or write: CISXD2RGW7. Hours of operation are Monday  Friday, 7 AM-7 PM your local time.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

*[Handwritten annotation: Exhibit #16 Transaction and Distribution Account with the Department of Labor, and Industry with Navy Exemption on the Inquiry Document]*

```
                                              0350375027
                              June 13, 2019    LTR 96C   0
                              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    201112 30
                                                00000595
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707


                              Sincerely yours,

                              Shundesta L. Callicut

                              Shundesta L. Callicut
                              Dept. Mgr., Accounts Management

*[Handwritten note:]* Exhibit #16 transaction and Distribution page continue for the Department of Labor, and Industry with Navy Exemption

**IRS** Department of the Treasury
Internal Revenue Service

P.O. Box 236 AM STOP 64
Memphis TN 38101-0236

010031.157403.8433.3676 1 MB 0.428 530

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

L0031

*Handwritten note:* Exhibit #16 the Transaction and Distribution Account for the Department of Labor and Industry with Navy Exemption *194621450* AI MART 30 0 201112 670 00000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0350375027

BODCD-WI

Use for inquiries only
Letter Number: LTR0096C
Letter Date  : 2019-06-13
Tax Period   : 201112



*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

INTERNAL REVENUE SERVICE
P.O. Box 236 AM STOP 64
Memphis  TN  38101-0236

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.
0350375027

BODCD-WI

Use for payments
Letter Number: LTR0096C
Letter Date  : 2019-06-13
Tax Period   : 201112

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0115

194621450 AI MART 30 0 201112 670 00000000000