

**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY MO 64999-0025

```
In reply refer to: 0731973900
Mar. 03, 2017    LTR 96C    0
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   201112 30
                      00000799
                   BODC: WI
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

106079

CIS419T2B3

Dear Taxpayer:

Thank you for your correspondence, which we received on Nov. 10, 2016.

We reviewed the information you provided and determined no action is necessary on your account.

If you have questions, you can call us toll free at
1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number ( )_____ Hours_____

Sincerely yours,

D. L. Sanders

D. L. Sanders
Dept. Manager, Accounts Management

*[Handwritten note:] Exhibit # 18 the transaction, and Distribution Account for QAWA, Walmart and other Retail Establishment which in has my Navy Exemption*



**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY MO 64999-0025

006079.737873.127952.9535 1 AB 0.403 530

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

106079

*[Handwritten: Exhibit #18, Transaction and Distribution Account for wa wa's walmart and other Retail under my Navy Exemption *194621450 AI MART 30 0 201112 670 00000000000*]*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.     Use for inquiries only
                        0731973900              Letter Number: LTR0096C
    BODCD-WI                                    Letter Date  : 2017-03-03
                                                Tax Period   : 201112



*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE

KANSAS CITY MO 64999-0025

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.     Use for payments
                        0731973900              Letter Number: LTR0096C
    BODCD-WI                                    Letter Date  : 2017-03-03
                                                Tax Period   : 201112

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE

KANSAS CITY MO 64999-0150

194621450 AI MART 30 0 201112 670 00000000000