

Department of the Treasury
Internal Revenue Service

IRS, STOP 6525
KANSAS CITY   MO   64999-0025

Office Dept 1545-0074

In reply refer to: 0133495192
Feb. 13, 2017   LTR 131C   0
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   200712 30
                         00002011
              BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

8718

Taxpayer identification number: 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
              Tax period: Dec. 31, 2007

*[Handwritten annotation: Exhibit #19 Transaction, and Distribution Account for rents, paperwork and others under Army Exemption]*

Dear Taxpayer:

Thank you for the inquiry dated Dec. 01, 2016.

We need more information to answer your questions.

Please explain your problem in detail and send us any information you believe would be helpful, such as copies of correspondence or notices relating to your situation.

Please tell us exactly what you would like us to do.

Return this letter, with your original inquiry, within 30 days from the date of this letter. If we don't hear from you, we can take no further action on your account. We have enclosed an envelope for your convenience.

You can get most IRS forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address shown at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____ Hours_____

Thank you for your cooperation.

```
                                                    0133495192
                               Feb. 13, 2017    LTR 131C    0
                               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    200712 30
                                                      00002012
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA    PA   19136


                        Sincerely yours,

                        *Robert G. George* (signature)

                        Robert G. George, Dept. Mgr.
                        Toll Free Dept. 3, Op 1


Enclosures:
Copy of this letter
Envelope

Exhibit #19 second page of transaction, and Distribution Account for septa under my Army Exemption


**IRS** Department of the Treasury
Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-0025

018718.733077.113257.9032 1 AB 0.403 860

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

)18718

*[Handwritten note:]*
Exhibit #19
Transaction and
Distribution Accounts
for septa and others
RailRoad under my
Army Exemption
*194621450 AI MART
30 0 200712 670
000000000 00*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for inquiries only
                   0133495192                       Letter Number:    LTR0131C
    BODCD-WI                                        Letter Date  :    2017-02-13
                                                    Tax Period   :    200712

                                                    *194621450*

                                                    KARIM A MARTIN
INTERNAL REVENUE SERVICE                            4535 SHELMIRE AVE
IRS, STOP 6525                                      PHILADELPHIA PA  19136
KANSAS CITY MO 64999-0025

194621450 AI MART 30 0 200712 670 00000000000

---

The IRS address must appear in the window.          Use for payments
                   0133495192                       Letter Number: LTR0131C
    BODCD-WI                                        Letter Date  : 2017-02-13
                                                    Tax Period   : 200712

                                                    *194621450*

                                                    KARIM A MARTIN
INTERNAL REVENUE SERVICE                            4535 SHELMIRE AVE
                                                    PHILADELPHIA PA  19136
KANSAS CITY MO 64999-0150

194621450 AI MART 30 0 200712 670 00000000000