IRS Department of the Treasury Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-002

In reply refer to: 0344235336
Aug. 11, 2020 LTR 96C 0
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 201812 30
00000588
BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

Social security number or individual taxpayer ID number: 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
Tax period: [illegible] 2018
Form: 1040

Dear [illegible]:

[illegible] your correspondence which we received on Nov. 22, 2019.

We reviewed the information you provided and determined no action is necessary on your account.

If you have questions, you can call 800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( ) ____________________ Hours ____________________

Keep a copy of this letter for your records.

Thank you for your cooperation.

Exhibit #20
transaction and Distribution Account for universities and other Distribution under other Navy Exemption

0344235336
Aug. 11, 2020 LTR 96C 0
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 201812 30
00000589

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

Sincerely yours,

[illegible] L. Callicut
Dept. Mgr., Accounts Management

Exhibit # 20
second page transaction
and Distribution
Account for University
and programs under
second Navy Account
Exemption



IRS Department of the Treasury Internal Revenue Service
IRS, STOP 6525
KANSAS CITY MO 64999-002

Exhibit #20 Transaction, and Distrib-ution Account for Universities, programs and more, under Second Navy Exemption #194621450 AI

000643.262324.403494.14570 1 MB 0.439 530

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

000643

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.
0344235336

BODCD-WI

Use for inquiries only
Letter Number: LTR0096C
Letter Date : 2020-08-11
Tax Period : 201812

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE
IRS, STOP 6525
KANSAS CITY MO 64999-002

194621450 AI MART 30 0 201812 670 00000000000

The IRS address must appear in the window.
0344235336

BODCD-WI

Use for payments
Letter Number: LTR0096C
Letter Date : 2020-08-1
Tax Period : 201812

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE
5
KANSAS CITY MO 64999-0150

194621450 AI MART 30 0 201812 670 00000000000