

```
                                          In reply refer to: 0931365073
KANSAS CITY  MO   64999-0025              Nov. 14, 2012      LTR 76C   0
                                          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    201112 30
                                                             00001111
                                                             BODC: WI
```

KARIM A MARTIN
HD4170 PO BOX A
CRESSON  PA  16699-0001



005837

```
        Taxpayer Identification Number:  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
                       Tax Period(s):  Dec. 31, 2011
                              Form:  1040
```

Dear Taxpayer:

Thank you for the inquiry dated Sep. 08, 2012.

You need to request the following from the officials where you are staying or you may get the from our web site WWW.IRS.GOV, Form 14039 Identity Theft Affidavit, Form 14157 Complaint: Tax Return Preparer and Form 14157A Tax Return Preparer Fraud or Misconduct Affidavit. When completed send them in so we can look into the items.

If you have any questions, please call us toll free at
1-800-829-0922.

If you prefer, you may write to us at the address shown at the
top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.
Telephone Number (   )_____ Hours_____

*[Handwritten:]* Exhibit #21 Transaction and Distribution Account for Microsoft Dynamics under my Novx Exemption on Inquiry Document

```
                                                        0931365073
                                     Nov. 14, 2012     LTR 76C    0
                                     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    201112 30
                                                          00001112
KARIM A MARTIN
HD4170 PO BOX A
CRESSON   PA  16699-0001
```

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

Sincerely yours,

*Thomas E. Brown*

Thomas E. Brown
Acting Operations Mgr., OPS 2

Exhibit #21
Second Continue
Document for transaction
and Distribution of
Dynamics from
my Navy Exemption

IRS Department of the Treasury
Internal Revenue Service

KANSAS CITY MO 64999-0025

005837.129335.0029.001 1 AB 0.374 699

KARIM A MARTIN
HD4170 PO BOX A
CRESSON PA 16699-0001

005837

*Handwritten annotation:*
Exhibit #21
Transaction and Distribution Account for Microsoft Dynamics with Navy Exemption
*194621450 AI MART 30 0 201112 670 000000 00000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYME
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0931365073
BODCD-WI

Use for payments

Letter Number: LTR0078
Letter Date   : 2012-1
Tax Period    : 201112



*194621450*

KARIM A MARTIN
HD4170 PO BOX A
CRESSON PA 16699-0001

INTERNAL REVENUE SERVICE

KANSAS CITY MO 64999-0025

194621450 AI MART 30 0 201112 670 00000000000