

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS  TN  38101-0236

In reply refer to: 0341220184
Feb. 03, 2014   LTR 3064C   0
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   201112 30
                      00014128
           BODC: WI

KARIM A MARTIN HD4170
PO BOX A
BELLEFONTE  PA  16823



032184

Taxpayer Identification Number:  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

Dear Taxpayer:

Thank you for your inquiry of Nov. 15, 2013.

The occurrence of Grand Larceny by the business office at your state institution is not an Issue that the Internal Revenue Service can resolve.

If you need forms, schedules, or publications, you may get them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (    ) _____   Hours _____

Exhibit #22
Transaction and
Distribution Account
for Warner Records
and other under
Navy Exemption
on Inquiry Form

```
                                          0341220184
                         Feb. 03, 2014  LTR 3064C    0
                         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    201112  30
                                              00014129
```

KARIM A MARTIN HD4170
PO BOX A
BELLEFONTE  PA  16823


We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

                              Sincerely yours,

                              *[signature]*

                              Jacquelyne Yarbrough
                              Manager, Accounts Management

Enclosure(s):
Copy of this letter

*[Handwritten note:]* Exhibit #22, second page of Notice for transaction Account under Navy Exemption for Warner Records



**Department of the Treasury**
**Internal Revenue Service**
PO BOX 236
MEMPHIS TN 38101-0236

032184.411017.7738.3008 1 AB 0.406 690

KARIM A MARTIN HD4170
PO BOX A
BELLEFONTE PA 16823

032184

*Exhibit # 22*
*Transaction and*
*Distribution Account*
*for Warner Records*
*under Navy Exemption*
*#194621450 AI MART*
*30 0 201112 670*
*00000000000 ✱*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0341220184
BODCD-WI

Use for inquiries only
Letter Number: LTR3064C
Letter Date  : 2014-02-03
Tax Period   : 201112



*194621450*

KARIM A MARTIN HD4170
PO BOX A
BELLEFONTE PA 16823

INTERNAL REVENUE SERVICE
PO BOX 236
MEMPHIS TN 38101-0236

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.
0341220184
BODCD-WI

Use for payments
Letter Number: LTR3064C
Letter Date  : 2014-02-03
Tax Period   : 201112

*194621450*

KARIM A MARTIN HD4170
PO BOX A
BELLEFONTE PA 16823

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0150

194621450 AI MART 30 0 201112 670 00000000000