**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City  MO  64999

In reply refer to:  0967500003
Dec. 05, 2013  LTR 2645C  LO
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  200712 30
Input Op:  0909960014 00049424
BODC: NOBOD

*Exhibit #23*
*Transaction and*
*Distribution Account*
*- Ocean City*
*and Central*
*in IS*
*ny*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

130

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2007

Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Nov. 20, 2013.

We have not resolved this matter because we haven't completed all the processing necessary for a complete response. However, we will contact you again within 45 days with our reply. You don't need to do anything further now on this matter.

If you have a current installment agreement with us, please continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you may make payments to reduce the balance owed and minimize interest and penalty charges. To help us apply payments properly, make your check or money order payable to the United States Treasury. Ensure your name, address, daytime telephone number, social security or employer identification number, tax form and tax year are shown on the payment.

We've delayed sending you further notices while we research this matter. If you receive or have received additional notices about this account, please contact us.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (____)_____  Hours _____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

```
                                                    0967500003
                                Dec. 05, 2013  LTR 2645C   L0
                                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  200712 30
                                Input Op:  0909960014 00049425
```

```
KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823
```

Sincerely yours,

Patricia Carman
Operations Manager, Collections

Exhibit #23
transaction and
Distrubution IRS Notice
Second page for
ocean city Maryland
under the Army
Exemption.

**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City   MO   64999

030130.246629.21029.482 1 AB 0.384 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

130

*Exhibit # 23*
*transaction and*
*Distribution Account*
*for ocean City Maryland*
*and General Motors*
*which is my Army*
*Exemption*
*\*194621450 AI MART*
*30  0  200712  670*
*00000000000\**

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

✂ The IRS address must appear in the window.      Use for payments
                                  0967500003       Letter Number:   LTR2645C
     BODCD-NOBOD                                   Letter Date  :   2013-12-05
                                                   Tax Period   :   200712


*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City  MO  64999

194621450 AI MART 30 0 200712 670 00000000000