

**IRS** Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City  MO  64999

In reply refer to: 0967500003
Jan. 24, 2014  LTR 2644C  L0
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  200712 30
Input Op: 0909960040 00026215
BODC: NOBOD

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

*[handwritten: Exhibit #24 Transaction and Distribution Account for ocean city Maryland, and General Motors under the Army Exemption]*

30154

Taxpayer Identification Number: 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
            Tax Period(s): Dec. 31, 2007

                Form: 1040

Dear Taxpayer:

We previously sent you a letter about your inquiry received Nov. 20, 2013.  Although we try to respond quickly, we often require extensive research.  At this time, we're unable to provide a complete response because:

   We need additional time to provide you with a complete response to your inquiry.

   While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges.  To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment:

   - Name
   - Address
   - Social security or employer identification number
   - Daytime telephone number
   - Tax year
   - Tax form

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we're taking. You don't have to take any action at this time.

If you have questions, call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address shown at the top of the first page of this letter.

When you write, please include a copy of this letter and provide your telephone number and the hours we can reach you in the spaces below. Keep a copy of this letter for your records.

Your Telephone Number (___)_____  Hours _____

Thank you for your cooperation.

```
                                                   0967500003
                            Jan. 24, 2014    LTR 2644C   L0
                            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    200712 30
                            Input Op:   0909960040 00026216
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823


                              Sincerely yours,

                              [signature]

                              Patricia Carman
                              Operations Manager, Collections

Exhibit # 24
Second page of
Notice for Distribution
and transaction
Account under
Army Exemption



**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City  MO  64999

030154.260478.2511.1737 1 MB 0.405 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

30154

*Exhibit #24*
*Transaction Account*
*and Distribution*
*for ocean city maryland*
*and other*
*Army Exemption*
*\*194621450 AI MART*
*30 0 200712 670*
*00000000000 \**

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0967500003

BODCD-NOBOD

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City  MO  64999

Use for payments
Letter Number:  LTR2644C
Letter Date   :  2014-01-24
Tax Period    :  200712



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

194621450 AI MART 30 0 200712 670 00000000000