**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA  PA  19255

In reply refer to:  0544300093
Oct. 15, 2014   LTR 2644C  K0
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   201112 30
Input Op:  0509905081 00002410
BODC: WI

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

*[Handwritten note: Exhibit #26 Transaction and Distribution Account for Commission police, Embassy and microsoft Navy Exemption on Inquiry]*

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2011

Form: 1040

Dear Taxpayer:

We previously sent you a letter about your inquiry received June 16, 2014. Although we try to respond quickly, we often require extensive research. At this time, we're unable to provide a complete response because:

   We need additional time to provide you with a complete response to your inquiry.

   While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment:

   - Name
   - Address
   - Social security or employer identification number
   - Daytime telephone number
   - Tax year
   - Tax form

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we're taking. You don't have to take any action at this time.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, please include a copy of this letter and provide your telephone number and the hours we can reach you in the spaces below. Keep a copy of this letter for your records.

Your Telephone Number (___)_____   Hours _____

```
                                                    0544300093
                                  Oct. 15, 2014    LTR 2644C   K0
                                  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    201112  30
                                  Input Op:    0509905081  00002411
```

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820

Thank you for your cooperation.

                                        Sincerely yours,

                                        *Nancy J Aiello*

                                        Nancy J. Aiello
                                        Field Director, Accounts Management

*Handwritten annotation:* Exhibit # 26. Second page Inquiry Notice, continue for transaction Account Commission, Embassy and Microsoft Navy Exemption

**IRS** Department of the Treasury
Internal Revenue Service

PHILADELPHIA PA 19255

005778.498559.253595.13184 1 MB 0.435 530

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

005778

*[Handwritten annotation:]* Exhibit #26 transaction and Distribution Account for Commission police civil service police, and Microsoft Very Exemption *194621450 AI MART 30 0 201112 670 000000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0544300093
BODCD-WI

Use for inquiries only
Letter Number:   LTR2644C
Letter Date  :   2014-10-15
Tax Period   :   201112



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE

PHILADELPHIA PA 19255

✂ 194621450 AI MART 30 0 201112 670 00000000000

✂ The IRS address must appear in the window.
0544300093
BODCD-WI

Use for payments
Letter Number:   LTR2644C
Letter Date  :   2014-10-15
Tax Period   :   201112



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE

KANSAS CITY MO  64999-0202

194621450 AI MART 30 0 201112 670 00000000000