

```
IRS                                In reply refer to:  0842297865
FRESNO     CA  93888-0025          Apr. 21, 2017      LTR 86C   0
                                   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   201112  30
                                                        00008888
                                                   BODC: WI
```



KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

)6783

       Taxpayer identification number:  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
                       Tax periods:  Dec. 31, 2011

Dear Taxpayer:

Thank you for your inquiry of Feb. 01, 2017.

We're forwarding your correspondence dated Feb. 1, 2017, to the Internal Revenue Service Disclosure Scanning Operation in Chamblee, Georgia. They will contact you within 45 days. That office handles requests concerning the Freedom of information Act (FOIA).

If you need forms, schedules, or publications, you can obtain them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (    )_____    Hours_____

Thank you for your cooperation.

*Exhibit #27
Transaction and Distribution Account for Veteran Administration and Regional Centers Navy Exemption on Inquiry* (handwritten annotation)

```
                                                            0842297865
                                    Apr. 21, 2017      LTR 86C    0
                                    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   201112 30
                                                              00008889
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA   19136

                        Sincerely yours,

                        *Maureen A. Doonan*

                        Maureen Doonan, Department Manager
                        Operation 1, Department 2

*Handwritten note:* Exhibit #27 second page copy for Notice Regarding transaction Account for veterans Administration Now Exemptions



**IRS Department of the Treasury**
**Internal Revenue Service**
IRS
FRESNO   CA   93888-0025

006783.751293.174739.11024 1 AB 0.403 530

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

06783

> Exhibit # 27
> Transaction and
> Distribution Account
> for Veterans Administ
> -ration Navy Exemption
> is *194621450* AI MART
> 30 0 201112 670 000 000
> 00000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for inquiries only
                           0842297865                   Letter Number:   LTR0086C
       BODCD-WI                                         Letter Date   :  2017-04-21
                                                        Tax Period    :  201112



*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

INTERNAL REVENUE SERVICE
IRS
FRESNO   CA   93888-0025

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.          Use for payments
                           0842297865                   Letter Number: LTR0086C
       BODCD-WI                                         Letter Date  : 2017-04-21
                                                        Tax Period   : 201112

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

INTERNAL REVENUE SERVICE

FRESNO   CA   93888-0010

194621450 AI MART 30 0 201112 670 00000000000