```
                                                                      1545-0074
 IRS  Department of the Treasury
      Internal Revenue Service              In reply refer to: 0922277586
      Stop 6055 C-1                         May 22, 2019  LTR 5555C    1
      Kansas City  MO  64999                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  201912  30
                                            Input Op:  0922277586 00046831
                                                                   BODC: WI
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136


Taxpayer identification number: 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
           Tax periods: Dec. 31, 2019

                Form: 56

Dear Taxpayer:

Completed Page 1 of Form 56.

Completed Page 2 of Form 56.

Provide a copy of Form 2848.

For tax forms, instructions, schedules or publications to respond to this letter, you can obtain them by visiting www.irs.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you prefer, you can write to the office at the address we provided in this letter.

When you write, include this letter and provide in the spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.


Telephone number (   )_____  Hours_____

Thank you for your cooperation.

*[Handwritten annotation:]* Exhibit # 28 Transaction and Distribution Account for Bank of America from my scholar program RotC Exemption

```
                                            0922277586
                          May  22, 2019  LTR 5555C    1
                          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   201912 30
                          Input Op:  0922277586 00046832
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA   19136


                          Sincerely yours,

                          *[signature: Tina M. Benvenuto]*

                          Tina M. Benvenuto
                          Operations Mgr., Doc. Perfection

Enclosures:
Copy of this letter
Envelope
Original Documentation

*[Handwritten note:]* Exhibit #28 second page of Bank of America transaction Rote second Exemption

**IRS Department of the Treasury**
**Internal Revenue Service**

Stop 6055 C-1
Kansas City  MO  64999

OMB Clearance No.: 1545-0074
In reply refer to: 0922277586
May 22, 2019   LTR 5555C   1
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   201912 30
Input Op:  0922277586 00046831
BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

      Taxpayer identification number:  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
                    Tax periods:  Dec. 31, 2019
                            Form:  56

Dear Taxpayer:

Completed Page 1 of Form 56.

Completed Page 2 of Form 56.

Provide a copy of Form 2848.

For tax forms, instructions, schedules or publications to respond to this letter, you can obtain them by visiting www.irs.gov or by calling 1-800-TAX-FORM (1-800-829-3676).

If you prefer, you can write to the office at the address we provided in this letter.

When you write, include this letter and provide in the spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____

Thank you for your cooperation.

*Exhibit # 28
Information page
transaction Account
for Bank of
America
Rote Secured -
Exemption*

```
                                              0922277586
                              May  22, 2019  LTR 5555C      1
                              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   201912  30
                              Input Op:   0922277586 00046832
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136



                              Sincerely yours,

                              *Tina M. Benvenuto*

                              Tina M. Benvenuto
                              Operations Mgr., Doc. Perfection

Enclosures:
Copy of this letter
Envelope
Original Documentation

*[Handwritten note:]* Exhibit #28 Second page to Information page transaction Account for Bank of America Rwg Program second Exemption

**IRS** Department of the Treasury
Internal Revenue Service
Stop 6055 C-1
Kansas City  MO  64999

C018

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

*[Handwritten annotation:]* Exhibit #28 Transaction and Distribution Account for Bank of America the second Rote Everyton *194621450 AT MART 30 0 201912 670 00000000000 *

---

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.          Use for payments
                                    0922277586
BODCD-WI                                             Letter Number: LTR5555C
                                                     Letter Date   : 2019-05-22
                                                     Tax Period    : 201912

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136

INTERNAL REVENUE SERVICE
Stop 6055 C-1
Kansas City  MO  64999

194621450 AI MART 30 0 201912 670 00000000000