

```
OSC                                    In reply refer to: 1486707373
OGDEN  UT  84201-0059                  Oct. 02, 2017  LTR 5064C    0
                                       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   200712 30
                                       Input Op: 1486707373 00019526
                                                             BODC: WI
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707



001705

    Taxpayer identification number:  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
                          Tax years:  Dec. 31, 2007
                               Form:  1040

Dear Taxpayer:

We received your identity theft claim dated May 2, 2017. Our records indicate that returns have not been filed under your social security number, therefore, it is determined that you are not a victim of identity theft regarding tax returns.

You don't need to contact us at this time. If you have questions, you can call Tax Examiner at 866-883-0235, between
7:00 a.m. and 3:30 p.m. CDT or write to us at the address shown at the top of the first page of this letter.

If you move, it is important to notify us of any changes to your home address, using Form 8822, Change of Address.

If you need forms, schedules, or publications, visit www.irs.gov or call 1-800-TAX-FORM (829-3676).

When you write or send us information, please include this letter and provide in the spaces below your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone number ( )_____ Hours _____

*[Handwritten: Exhibit 29 Transaction, and Distribution Account for the Department of Treasury on my Army Exemption]*

```
                                                      1486707373
                                Oct. 02, 2017   LTR 5064C     0
                                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     200712  30
                                Input Op:    1486707373 00019527
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707


                              Sincerely yours,


                              *[signature: Christine L Davis]*

                              Christine L. Davis
                              Program Manager RICS/IVO


Enclosures:
Copy of this letter
Envelope

*[handwritten annotation:]* Exhibit #29 second page for transaction Account for the Department of Treasury, or Revenue Army Exemption


**IRS** Department of the Treasury
Internal Revenue Service

OSC
OGDEN  UT  84201-0059

001705.648259.7992.5833 1 AB 0.403 864

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

001705

*Handwritten note:*
Exhibit # 29
Transaction Account
and Distribution
Account for the
Department of the
Treasury - Army Exemption
*194621450 AI MART
30 0 200712 670
000000 000 00*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
1486707373

BODCD-WI

Use for payments

Letter Number: LTR5064C
Letter Date  : 2017-10-0?
Tax Period   : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

INTERNAL REVENUE SERVICE
OSC
OGDEN   UT   84201-0059

194621450 AI MART 30 0 200712 670 00000000000