
**IRS** Department of the Treasury
Internal Revenue Service

Fresno Service Center
FRESNO    CA   93888-0025

In reply refer to: 1553358814
June 03, 2016    LTR 131C    0
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    201112   30
                              00024790
                         BODC: WI

KARIM A MARTIN
4765 E MERIDIAN ST
PHILADELPHIA   PA   19136



003031

Exhibit #30
Transaction and
Distribution Account
for Veterans
Impact program
Navy Exemption

Taxpayer Identification Number: 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
Tax Period: Dec. 31, 2011

Dear Taxpayer:

Thank you for the inquiry of Mar. 22, 2016.

We would like to answer your questions, but we need more information.

Please explain your problem in detail and send us any information you believe would be helpful, such as copies of correspondence or notices relating to your situation.

This letter also, addresses a second letter that we received from you dated May 12, 2016. Please provide supporting documentation so that we may better assist you.

If you need forms, schedules, or publications, you may get them by visiting the IRS web site at www.irs.gov or by calling toll free at 1-800-TAX-FORM (1-800-829-3676).

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (    )_____ Hours_____

```
                                              1553358814
                        June 03, 2016    LTR 131C    0
                        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    201112 30
                                                00024791
```

KARIM A MARTIN
4765 E MERIDIAN ST
PHILADELPHIA  PA  19136


Thank you for your cooperation.

                              Sincerely yours,

                              *Susan Simon*

                              SUE SIMON
                              DIR., FIELD ASSISTANCE AREA 5


Enclosure(s):
Copy of this letter

---

*Handwritten annotation:*

Exhibit 30
Transaction second
page Distribution
Account for Veterans
Impact program
Navy Exemption

**IRS** Department of the Treasury
Internal Revenue Service
Fresno Service Center
FRESNO   CA   93888-0025

003031.512963.440509.25539 1 AT 0.399 699

KARIM A MARTIN
4765 E MERIDIAN ST
PHILADELPHIA   PA   19136

003031

*[Handwritten annotation:]*
Exhibit # 30
Veterans Import
Program transaction
and Distribution Account
Navy Exemption
*194621450* AI
MART 30 0 201112
670 00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
1553358814
BODCD-WI

Use for payments

Letter Number: LTR0131C
Letter Date   : 2016-06-0
Tax Period    : 201112

*194621450*

KARIM A MARTIN
4765 E MERIDIAN ST
PHILADELPHIA   PA   19136

INTERNAL REVENUE SERVICE
Fresno Service Center
FRESNO   CA   93888-0025

194621450 AI MART 30 0 201112 670 00000000000