**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN  TX  73301-0025

In reply refer to:  0634177186
Nov. 08, 2017    LTR 86C    0
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  200712 30
                    00002380
                BODC: WI

*Exhibit #31*
*transaction Account*
*for school District*
*under Army*
*Exemption*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

1071

Taxpayer identification number:  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
            Tax periods:  Dec. 31, 2007  Dec. 31, 2011

Dear Taxpayer:

Thank you for your correspondence of Sep. 01, 2017.

We're sending your correspondence, dated Sep. 01, 2017, to the office
at the address at the end of this letter because:

The office named at the end of this letter is responsible for
handling matters of this kind. We're sending your letter to them
for a response. I'm sorry we couldn't be more helpful. If you have
questions, someone at that office will be able to help you.

That office will contact you within 45 days.

If you need forms, schedules, or publications, you can obtain them by
visiting the IRS website at www.irs.gov or by calling toll-free at
1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the
first page of this letter.

When you write, include a copy of this letter and provide in the
spaces below your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____  Hours_____

Thank you for your cooperation.

```
                                                    0634177186
                                Nov. 08, 2017    LTR 86C    0
                                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   200712 30
                                                    00002381
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707


                            Sincerely yours,


                                   *Linda I. Aponte*

                            Linda I. Aponte
                            Operations Mgr., Accts Management 2


Exhibit # 31
Transaction Account
under school District
under Army
   Exemption
second page
   continue


**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0025

001071.658747.47400.6753 1 AB 0.403 699

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

1071

*(handwritten)* Exhibit # 31
Transaction and
Distribution Account
for school Districts,
Under Army Exemptus
# 194621450 AI MART
300 200712 670
0000000000

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0634177186

BODCD-WI

Use for payments

Letter Number: LTR0086C
Letter Date  : 2017-11-08
Tax Period   : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE

AUSTIN TX 73301-0025

194621450 AI MART 30 0 200712 670 00000000000