**IRS** Department of the Treasury
Internal Revenue Service

```
AUSTIN  TX  73301-0025                   In reply refer to: 0631695248
                                         Dec. 13, 2017    LTR 112C    0
                                         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  200712 30
                                                             00002491
                                                         BODC: WI
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

*[Handwritten: Exhibit #32 Transaction and Distribution Account for school District from Army Exemption]*

```
        Taxpayer Identification Number: 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
                        Tax Period(s): Dec. 31, 2007

                                 Form: 1040
```

Dear Taxpayer:

Our records show credits or payments totaling $50.00 for the tax period ending Dec. 31, 2007.

We also have no record of receiving the tax return for the tax period ending Dec. 31, 2007. If you are required to file but haven't, please attach this letter to the return when you file. If you aren't required to file, write and tell us why and give the date when you were no longer required to file.

If you already have filed a return for the period indicated above, please send us a newly signed copy. Please be sure to attach copies of any schedules, documents, and W-2 forms that were included with your original return.

Please let us know if you want your payment(s) applied to a different type of tax, tax period, or tax identification number, or if you want a refund.

To claim a REFUND OF PREPAID CREDITS, you must file your return within three years after its due date, including any approved extensions. (Prepaid credits are credits that are considered paid on the return due date. Examples are withheld tax, estimated tax payments, and federal tax deposits.)

To claim a refund (other than prepaid credits) when you AREN'T REQUIRED TO FILE A RETURN for the type of tax and tax period shown above, you must file your claim(s) within two years of the payment date(s). To make your claim, write "Not Liable" across the front of Form 1040, sign and date the form, and return it.

To claim a refund (other than prepaid credits) when you ARE REQUIRED TO FILE A RETURN for the type of tax and tax period shown above, you must file your claim(s) within three years of the payment date(s).

If you have any questions, please call us toll free at 1-800-829-0922.

```
                                             0631695248
                       Dec. 13, 2017    LTR 112C    0
                       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   200712 30
                                                00002492
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707


If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Also, you may want to keep a copy of this letter for your records.
Telephone Number ( )_____ Hours_____

We apologize for any inconvenience, and thank you for your
cooperation.

                            Sincerely yours,

                            *(signature)*

                            Linda I. Aponte
                            Operations Mgr., Accts Management 1

Enclosure(s):
Copy of this letter
Envelope

*Handwritten: Exhibit #32 second page for Notice in the transaction Account with Army Exemption*


**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0025

002232.668011.81431.7545 1 AB 0.403 701

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

002232

*Exhibit #32*
*Transaction and*
*Distribution for*
*School District*
*from Army Exemption*
*\*194621450 AI MART*
*30 0 200712 670*
*00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0631695248

BODCD-WI

Use for payments
Letter Number: LTR0112C
Letter Date   : 2017-12-13
Tax Period    : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

INTERNAL REVENUE SERVICE

AUSTIN   TX   73301-0025

194621450 AI MART 30 0 200712 670 00000000000