**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS  TN  38101-0236

In reply refer to: 0342526836
May 20, 2013    LTR 86C    0
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    201112 30
                    00000122
        BODC: WI

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

003305

*[Handwritten annotation: Exhibit #33 Transaction and Distribution Account for the WNBA from my Navy Exemption]*

Taxpayer Identification Number:  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
        Tax Period(s):  Dec. 31, 2011

Dear Taxpayer:

Thank you for your inquiry of May 03, 2013.

We're forwarding your information to our Ogden Campus for processing. That department should contact you concerning your inquiry.

If you need forms, schedules, or publications, you can obtain them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have any questions, please contact the office where we've transferred your case by calling Ogden Return Program at 866-883-0235 between the hours of 7:00 a.m. and 3:30 p.m. MST.

If you prefer, you may write to that office at the address we've provided in this letter.

Whenever you write, please include a copy of this letter with your response. Use the space below to indicate a telephone number and the best time for us to call you should we need more information. Keep a copy of this letter and any information that you send to us for your records.

Telephone Number (    )_____ Hours_____

We apologize for any inconvenience, and thank you for your cooperation.

```
                                                    0342526836
                              May  20, 2013    LTR 86C    0
                              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   201112 30
                                                      00000123
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

*[Handwritten: Exhibit #33 Transaction and Distribution Account second page for WNBA, Navy Exemption]*

Sincerely yours,

*[signature]*

Jacquelyne Yarbrough
Manager, Accounts Management

**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 236
MEMPHIS  TN  38101-0236

003305.329919.0015.001 1 MB 0.405 530

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

003305

*Handwritten note:* Exhibit # 3.3 transaction and Distribution Account for WNBA Navy Exemption #194621450 AI MART 30 0 201112 670 000000000000 *

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
          0342526836
   BODCD-WI

Use for inquiries only
          Letter Number:   LTR0086C
          Letter Date   :   2013-05-20
          Tax Period    :   201112

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE
PO BOX 236
MEMPHIS  TN  38101-0236

194621450 AI MART 30 0 201112 670 00000000000

---

The IRS address must appear in the window.
          0342526836
   BODCD-WI

Use for payments
          Letter Number:   LTR0086C
          Letter Date   :   2013-05-20
          Tax Period    :   201112

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0150

194621450 AI MART 30 0 201112 670 00000000000