**IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0030

In reply refer to: 0466000003
Dec. 24, 2013  LTR 2644C  L0
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  200712 30
Input Op: 0409906151 00001339
BODC: NOBOD

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823



)0831

Taxpayer Identification Number: 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
          Tax Period(s): Dec. 31, 2007

              Form: 1040

*[handwritten margin note: Exhibit 34 Transaction Distribution Account for Sprint T mobile AT&T and others Army Exemption]*

Dear Taxpayer:

We previously sent you a letter about your inquiry received Sep. 19, 2013. Although we try to respond quickly, we often require extensive research. At this time, we're unable to provide a complete response because:

   We need additional time to provide you with a complete response to your inquiry.

   While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment:

   - Name
   - Address
   - Social security or employer identification number
   - Daytime telephone number
   - Tax year
   - Tax form

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we're taking. You don't have to take any action at this time.

If you have questions, call us toll free at 1-800-829-8374.

If you prefer, you can write to us at the address shown at the top of the first page of this letter.

When you write, please include a copy of this letter and provide your telephone number and the hours we can reach you in the spaces below. Keep a copy of this letter for your records.

Your Telephone Number (___)_____   Hours _____

Thank you for your cooperation.

```
                                              0466000003
                           Dec. 24, 2013  LTR 2644C  L0
                           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   200712 30
                           Input Op:  0409906151 00001340
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823


                              Sincerely yours,

                              *Tina Smith* (signature)

                              Tina Smith
                              Operations Manager, Collections

*Handwritten annotation:* Exhibit 34 Second page for Notice of Transaction Account Army Exemption

 **IRS** Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0030

000831.254126.48875.1172 1 MB 0.405 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

*[Handwritten note:]* Exhibit 34 Transaction and Distribution Account for T-mobile, Sprint AT&T and others Army Exemption *194621450* AI MART 30 0 200712 670 0000 00000 000

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0466000003

BODCD-NOBOD

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0030

Use for payments
Letter Number:   LTR2644C
Letter Date   :   2013-12-24
Tax Period    :   200712

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

194621450 AI MART 30 0 200712 670 00000000000