**Department of the Treasury**
**Internal Revenue Service**

Stop 6525 (AM CIS)
Kansas City  MO  64999-0025

In reply refer to: 0938583032
Sep. 14, 2017    LTR 96C    0
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    201512    30
                          00003159
                  BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136



002123

Dear Taxpayer:

Thank you for your correspondence which we received on July 05, 2016.

We reviewed the information you provided and determined no action is necessary on your account.

If you need a transcript of your tax return, please visit our website, IRS.gov or call the number below for assistance.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone Number (   )_____   Hours_____

Sincerely yours,

Darryl J. Jenkins
Operation Manager, AM OP's 2

*[Handwritten note:] Exhibit 35 transaction and Distribution Account for McDonnolds and others Rate or Dishonorable Discharge Exemption*

**IRS** Department of the Treasury
Internal Revenue Service
Stop 6525 (AM CIS)
Kansas City  MO  64999-0025

002123.643422.509352.5358 1 AB 0.403 536

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

002123

*[Handwritten annotation:]* Exhibit #35 Transaction Account and Distribution Account for Me dinalds and my Rote Exemption #194621450 AI MART 30 0 201512 670 000 000 000 00

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0938583032

BODCD-WI

INTERNAL REVENUE SERVICE
Stop 6525 (AM CIS)
Kansas City  MO  64999-0025

Use for payments

Letter Number: LTR0096C
Letter Date  : 2017-09-1
Tax Period   : 201512

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136

194621450 AI MART 30 0 201512 670 00000000000