
**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0030

In reply refer to: 0466000003
Nov. 06, 2013  LTR 2644C  L0
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  200712 30
Input Op: 0409905306 00001214
BODC: NOBOD

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

*[Handwritten annotation: Exhibit #36 Transaction Account and Distribution Account for T-mobile Arrears and Sprint and Boost Mobil Army Extortion]*

003381

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2007

Form: 1040

Dear Taxpayer:

We previously sent you a letter about your inquiry received Sep. 19, 2013. Although we try to respond quickly, we often require extensive research. At this time, we're unable to provide a complete response because:

> We need additional time to provide you with a complete response to your inquiry.
>
> While waiting to hear from us, you can still make payments to reduce your tax liability and interest charges. To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment:
>
> - Name
> - Address
> - Social security or employer identification number
> - Daytime telephone number
> - Tax year
> - Tax form

Please allow an additional 45 days for us to obtain the information we need and to let you know what action we're taking. You don't have to take any action at this time.

If you have questions, call us toll free at 1-800-829-8374.

If you prefer, you can write to us at the address shown at the top of the first page of this letter.

When you write, please include a copy of this letter and provide your telephone number and the hours we can reach you in the spaces below. Keep a copy of this letter for your records.

Your Telephone Number (___)_____   Hours _____

Thank you for your cooperation.

```
                                              0466000003
                          Nov. 06, 2013   LTR 2644C   LO
                          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   200712 30
                          Input Op:   0409905306 00001215
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823


                    Sincerely yours,

                    Tina Smith
                    Tina Smith
                    Operations Manager, Collections


*[Handwritten:]* Exhibit #36 Second page transaction and Distribution Account for T-mobile Arena, T-mobile, sprint and more Army Exemption


**IRS** Department of the Treasury
Internal Revenue Service

OGDEN  UT  84201-0030

003381.240043.0015.001 1 MB 0.405 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

003381

*Handwritten note:*
Exhibit #36
Transaction and Distribution Account for T mobile Arena, T mobile, Sprint, and other Army Exemption
*194621450 AI MART 30 0 200712 670 000 000 000 00*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0466000003
BODCD-NOBOD

INTERNAL REVENUE SERVICE

OGDEN  UT  84201-0030

Use for payments
Letter Number:  LTR2644C
Letter Date  :  2013-11-06
Tax Period   :  200712

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

194621450 AI MART 30 0 200712 670 00000000000