

**IRS** Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City   MO   64999

In reply refer to: 0966167399
Nov. 29, 2016      LTR 86C    0
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   201112 30
                              00003399
                        BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

024708

Taxpayer identification number: 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
         Tax periods: Dec. 31, 2007   Dec. 31, 2011

                Form: 1040

Dear Taxpayer:

Thank you for your correspondence of Oct. 03, 2016.

We are sending your correspondence to the office at the address listed below. That office is responsible for your account at this time and will contact you regarding your inquiry.

That office will contact you within 60 days.

If you need forms, schedules, or publications, you can obtain them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (    ) _____    Hours _____

*Handwritten annotation:* Exhibit #37 Transaction and Distribution Account for state trooper and commission Navy Exemption

```
                                             0966167399
                          Nov. 29, 2016     LTR 86C    0
                          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   201112  30
                                                00003400
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707


Thank you for your cooperation.

                              Sincerely yours,

                              Patricia Carman
                              Operations Manager, Collections

Enclosures:
Envelope

Exhibit # 37
second page
continue of
Notice transaction
and Distribution for
state troopers.
Navy Exemption!


**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City  MO  64999

024708.563694.166043.30650 1 AB 0.399 864

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

024708

*[Handwritten: Exhibit #37 Transaction and Distribution Account for state troopers and commission Navy Exemption *194621450* AI MART 30 0 201112 670 000 000 000 00*]*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0966167399

BODCD-WI

Use for payments
Letter Number: LTR0086
Letter Date  : 2016-11
Tax Period   : 201112

*194621450*

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City  MO  64999

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

194621450 AI MART 30 0 201112 670 00000000000