**IRS** Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City  MO  64999

In reply refer to: 0966306647
Dec. 22, 2016    LTR 86C    0
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   200712 30
                    00002753
                    BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

005759

*[handwritten: Exhibit #38 Transaction and Distribution Account for commission and Army Exempt-ion]*

Taxpayer identification number: 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
Tax periods: Dec. 31, 2007
Form: 1040

Dear Taxpayer:

Thank you for your correspondence of Nov. 16, 2016.

We are sending your correspondence to the office at the address listed below. That office is responsible for your account at this time and will contact you regarding your inquiry.

That office will contact you within 90 days.

If you need forms, schedules, or publications, you can obtain them by visiting the IRS website at www.irs.gov or by calling toll-free at 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (   )_____    Hours_____

```
                                                       0966306647
                                  Dec. 22, 2016      LTR 86C    0
                                  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    200712 30
                                                         00002754
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

Thank you for your cooperation.

                              Sincerely yours,

                              [signature]

                              Patricia Carman
                              Operations Manager, Collections

Enclosures:
Envelope

*Exhibit #38 second page of Transaction and Distribution notice for Commission Army Exemption*



**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City  MO  64999

005759.570195.192567.31240  1 AB 0.399 864

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

)05759

*Handwritten note:*
> Exhibit #38
> Transaction and Distribution Account
> for commission
> Army Exemption
> *194621450 AI MART
> 30 0 200712 670
> 00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0966306647

BODCD-WI

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City  MO  64999

Use for payments

Letter Number: LTR0086C
Letter Date   : 2016-12-22
Tax Period    : 200712



*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

194621450 AI MART 30 0 200712 670 00000000000