**Department of the Treasury**
**Internal Revenue Service**

AUSTIN TX 73301-0025

In reply refer to: 0634967353
May 24, 2018   LTR 3064C   0
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   200712 30
                       00019250
BODC: WI

009090

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

*[handwritten: Exhibit #39 Transaction, and Distribution Acct for School District Army Exemption or Inquiry]*

Taxpayer identification number: 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
Tax periods: Dec. 31, 2007

Form: 1040

Dear Taxpayer:

Thank you for your correspondence received Feb. 12, 2018

As stated in a previous letter, your information has been submitted to the proper department. Once they have completed their review, they will contact you in regards to the topics you were discussing.

We also see that we received a payment of $50.00 on your 2007 tax account but there is no return currently posted on the account. Please inform us of what you want done with the credit on the account and if you're liable for filing your return please do so.

If you need any forms, schedules, or publications mentioned in this letter, you can get them by visiting our website at www.irs.gov/formspubs or by calling toll-free at 800-TAX-FORM (800-829-3676).

If you have questions, you can call 1-800-829-0922.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                                    0634967353
                                  May  24, 2018  LTR 3064C    0
                                  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   200712 30
                                                      00019251
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707


                              Sincerely yours,


                              *[signature]*

                              Linda I. Aponte
                              Operations Mgr., Accts Management 1

Enclosures:
Copy of this letter

*[Handwritten note:]* Exhibit #39 Second page Transection and Distribution for School District Army Exemption


**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0025

009090.713313.271936.11702 1 AB 0.408 699

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

009090

*Exhibit #38*
*Transaction and*
*Distribution Account*
*for School District*
*Army Exemption*
*#194621450 AI MART*
*30 0 200712 670*
*000 00000000**

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0634967353
BODCD-WI

Use for payments
Letter Number: LTR3064C
Letter Date  : 2018-05-24
Tax Period   : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE

AUSTIN TX 73301-0025

194621450 AI MART 30 0 200712 670 00000000000