Department of the Treasury
Internal Revenue Service

PO Box 219236 Stop P-4 5000
Kansas City MO 64121-9236

In reply refer to: 0465443601
Aug. 26, 2016   LTR 544C   0
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   201112   30
00005677
BODC: WT

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA PA 19136-3310

012576

*Exhibit 40 Transaction and Distribution Account for uber cab service and uber Navy Exemption*

Taxpayer identification number: 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
Tax periods: Dec. 31, 2011

Form: 1040

Dear Taxpayer:

Thank you for your inquiry of July 01, 2016.

We previously sent you a notice stating that we need additional time to process your request. Please disregard that notice as it was sent in error.

We apologize for our error. If you have questions, call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write or send us information, include a copy of this letter and provide in the spaces below, your telephone number and the hours we can reach you. Keep a copy of this letter for your records.

Telephone number ( )_____ Hours_____

Thank you for your cooperation.

Sincerely yours,

Sherri Holcomb
Sherri Holcomb
Operations Manager, Collections

Enclosures:

**IRS** Department of the Treasury
Internal Revenue Service
PO Box 219236 Stop P-4 5000
Kansas City  MO  64121-9236

012576.537415.41219.28046 1 AB 0.399 536

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA   PA   19136-3310

012576

*[handwritten annotation:]*
Exhibit 40
Transaction, and
Distribution Account
for uber and
Navy Exemption
*194621450 AI MART
30 0 201112 670
00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0465443601
BODCD-WI

Use for payments
Letter Number : LTR0544C
Letter Date   : 2016-08-2(
Tax Period    : 201112

*194621450*

INTERNAL REVENUE SERVICE
PO Box 219236 Stop P-4 5000
Kansas City  MO  64121-9236

KARIM A MARTIN
4765 MERIDIAN ST
PHILADELPHIA   PA   19136-3310

194621450 AI MART 30 0 201112 670 00000000000

**IRS** Department of the Treasury
Internal Revenue Service

Kansas City Service Center
Kansas City MO 64999

In reply refer to: 0967163235
Nov. 15, 2016   LTR 2645C   L0
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   200712 30
Input Op: 0909960442 00025127
BODC: WI

025980

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

*[Handwritten note: Exhibit C/1 Transaction and Distribution Account for troopers, commercial and other Army Exemption]*

Taxpayer identification number: 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
Tax periods: Dec. 31, 2007

Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Oct. 24, 2016.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

We haven't resolved this matter because we haven't completed all the processing necessary for a complete response. However, we'll contact you again within 90 days with our reply. You don't need to take any further action now on this matter.

If you have a current installment agreement with us, continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you can make payments to reduce the balance owed and minimize interest and penalty charges. To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment:

- Name
- Address
- Social security or employer identification number
- Daytime telephone number
- Tax year
- Tax form

We postponed sending you further notices while we research this matter. If you receive or have received additional notices about this account, please contact us.

If you have questions, you can call us toll free at 1-800-829-0922.