0967163235
Nov. 15, 2016 LTR 2645C L0
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 200712 30
Input Op: 0909960442 00025128

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

If you prefer, you can write to us at the address at the top of the first page of this letter. However, you don't need to take any further action at this time.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Your telephone number (____)________________________ Hours ______________

Thank you for your cooperation.

Exhibit #41
second page
transaction and
Distribution Account
for troopers
Army Exemption

Sincerely yours,

Patricia Carman
Operations Manager, Collections



P.O.Box 219236 Stop P-4 5000
Kansas City MO 64121-9236

Exhibit #41
Transaction and
Distribution Documents
for Troopers
Army Exemptions
*194621450 AI MART
30 0 200712 670
000000000*

009470.562659.161887.30557 1 AB 0.399 699

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

009470

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

The IRS address must appear in the window.
0967163235
BODCD-WI

Use for payments
Letter Number: LTR0544C
Letter Date : 2016-11-2
Tax Period : 200712

*194621450*

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

INTERNAL REVENUE SERVICE
P.O.Box 219236 Stop P-4 5000
Kansas City MO 64121-9236

194621450 AI MART 30 0 200712 670 00000000000