**IRS** Department of the Treasury
Internal Revenue Service
1973 N Rulon White Blvd M/S 4210
Ogden   UT   84404-0040

In reply refer to: 0469000192
May 01, 2013  LTR 3175C   0
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   000000 00
Input Op: 0469062701 00029220
            C: WI

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820

*[Handwritten annotation: Exhibit #42 Transaction and Distribution Account for PNC Bank Politician Exemption]*

Dear Taxpayer:

This is in reply to your correspondence received Nov. 27, 2012.

We have determined that the arguments you raised are frivolous and have no basis in law. Federal courts have consistently ruled against such arguments and imposed significant fines for taking such frivolous positions.

If you persist in sending frivolous correspondence, we will not continue to respond to it. Our lack of response to further correspondence does not in any way convey agreement or acceptance of the arguments advanced. If you desire to comply with the law concerning your tax liability, you are encouraged to seek advice from a reputable tax practitioner or attorney.

The claims presented in your correspondence do not relieve you from your legal responsibilities to file federal tax returns and pay taxes. We urge you to honor those legal duties.

This letter advises you of the legal requirements for filing and paying federal individual income tax returns and informs you of the potential consequences of the position you have taken. Please observe that the Internal Revenue Code sections listed below expressly authorize IRS employees that act on behalf of the Secretary of the Treasury to: 1.) examine taxpayer books, papers, records, or other data which may be relevant or material; 2.) issue summonses in order to gain possession of records so that determinations can be made of the tax liability or for ascertaining the correctness of any return filed by that person; and 3.) collect any such liability.

There are some people who encourage others to violate our nation's tax laws by arguing that there is no legal requirement for them to file income tax returns or pay income taxes. These people base their arguments on legal statements taken out of context and on frivolous arguments that have been repeatedly rejected by federal courts. People who rely on this kind of information can ultimately pay more in taxes, interest and penalties than they would have paid simply by filing correct tax returns.

People who violate the tax laws also may be subject to federal criminal prosecution and imprisonment. Information about the IRS's

*[Handwritten note: Exhibit #062 / second page / transaction document / PNC Bank / Politician Exemption]*

```
                                              0469000192
                                    May 01, 2013  LTR 3175C    0
                                    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   000000 00
                                    Input Op:  0469062701 00029221
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

criminal enforcement program is available on the internet at
www.irs.gov. Once there, enter the IRS keyword: fraud.

   The IRS is working with the United States Department of Justice
and state taxing authorities to ensure that all taxpayers pay their
lawful share of taxes and to seek criminal indictments or civil
enforcement actions against people who promote or join in abusive and
fraudulent tax schemes.

   You can obtain IRS Publication 2105, Why do I Have to Pay Taxes?,
from our internet website at www.irs.gov/pub/irs-pdf/p2105.pdf. We
also refer you to a document entitled The Truth About Frivolous Tax
Arguments. It is also on our website at www.irs.gov/pub/irs-utl/
friv_tax.pdf. If you do not have internet access, you can obtain
copies of these documents from your local IRS office.

General Information on Filing Requirements and Authority to Collect
Tax

      Title 26, United States Code
         Section 6001   Notice or regulations requiring records,
         statements, and special returns
         Section 6011   General requirement of return, statement, or list
         Section 6012   Persons required to make returns of income
         Section 6109   Identifying numbers
         Section 6151   Time and place for paying tax shown on returns
         Section 6301   Collection Authority
         Section 6321   Lien for taxes
         Section 6331   Levy and distraint
         Section 7602   Examination of books and witnesses

INTERNAL REVENUE CODE SECTION 6702 (FRIVOLOUS INCOME TAX RETURN)
PROVIDES:

CIVIL PENALTY - If -
     (1)   any individual files what purports to be a return of the tax
           imposed by subtitle A but which -
              (A)   does not contain information on which the substantial
                    correctness of the self-assessment may be judged, or
              (B)   contains information that on its face indicates that
                    the self-assessment is substantially incorrect; and
     (2)   the conduct referred to in paragraph (1) is due to -
              (A)   a position which is frivolous, or
              (B)   a desire (which appears on the purported return) to
                    delay or impede the administration of Federal income
                    tax laws, then such individuals shall pay a penalty

```
                                            0469000192
                             May  01, 2013  LTR 3175C    0
                             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  000000 00
                             Input Op:  0469062701 00029222
```

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820


                    of $5,000.00

PENALTY IN ADDITION TO OTHER PENALTIES - The penalty imposed by
subsection (a) shall be in addition to any other penalty provided
by law.

     FOIA requests for Treasury Department records must meet the
following criteria before Treasury can take action:
     - Must be in writing and signed by the person making the request;
     - Must state that the request is being made pursuant to the FOIA;
     - Must reasonably describe the records being requested;
     - Must state the category of the requester for fee purposes
       (i.e. commercial, media, educational, scientific institutions,
       all other);
     - Must contain an agreement to pay all fees that might be
       incurred;
     - Must prove that the requester is entitled to receive the
       records;
     - Must state whether the requester wants a copy of the records or
       only wants to inspect the records.

     If you have any questions, please write to us at the address
shown at the top of the first page of this letter. Or, you may call
us toll free at 866-883-0235. Whenever you write, please include
this letter and, in the spaces below, give us your telephone number
with the hours we can reach you. You may also wish to keep a copy of
this letter for your records.

Your Telephone Number (___)_____    Hours _____

*Exhibit #42*
*Third page*
*Transaction Notice*
*for PNC Bank*
*Politician Exemption*

```
                                              0469000192
                         May  01, 2013   LTR 3175C    0
                         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    000000 00
                         Input Op:   0469062701 00029223
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820


                              Sincerely yours,

                              [signature]

                              Layne Carver
                              Operations Mgr., Exam SC Support

Enclosure(s):
Copy of this letter
Publication 1
Publication 2105

Exhibit 42
Fourth page
for transaction
Documents for
PNC Bank
Pulitician
   Exemptions

```
                                             0469000192
                            May  01, 2013  LTR 3175C    0
                            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    000000  00
                            Input Op:  0469062701 00029224
```

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820


## PRIVACY ACT STATEMENT

Under the Privacy Act of 1974, we must tell you that our legal right to ask for information is Internal Revenue Code sections 6001, 6011, 6012(a) and their regulations. They say that you must furnish us with records or statements for any tax for which you are liable, including the withholding of taxes by your employer.

We ask for information to carry out the Internal Revenue laws of the United States, and you are required to give us this information. We may give the information to the Department of Justice for civil and criminal litigation, other federal agencies, states, cities, and the District of Columbia for use in administering their tax laws.

If you don't provide this information, or provide fraudulent information, the law provides that you may be charged penalties and, in certain cases, you may be subject to criminal prosecution. We may also have to disallow the exemptions, exclusions, credits, deductions, or adjustments shown on the tax return. This could make your tax higher or delay any refund. Interest may also be charged.

*[Handwritten: Exhibit #42 page five of the PNC Notice Document Publication Exemption]*

**IRS** Department of the Treasury
Internal Revenue Service
1973 N Rulon White Blvd M/S 4210
Ogden  UT  84404-0040

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

*Exhibit # 42*
*Transaction and Distribution Document for PNC Bank Politician Exemption*
*#194621450 AI MART 00 0 000000 670 00000000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0469000192

BODCD-WI

Use for payments

| | |
|---|---|
| Letter Number: | LTR3175C |
| Letter Date  : | 2013-05-01 |
| Tax Period   : | 000000 |

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE
1973 N Rulon White Blvd M/S 4210
Ogden  UT  84404-0040

194621450 AI MART 00 0 000000 670 00000000000