**IRS** Department of the Treasury
Internal Revenue Service
Kansas City Service Center
Kansas City  MO  64999

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

*[handwritten:]* Exhibit #43 Transaction Account Distribution Account for Citizens Bank Navy Exemption *194621450* AI MART 30 0 201112 670 0000 00000000*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0975122837

BODCD-WI

Use for payments

| | |
|---|---|
| Letter Number: | LTR5073C |
| Letter Date   : | 2013-06-10 |
| Tax Period    : | 201112 |

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823

INTERNAL REVENUE SERVICE
Kansas City Service Center
Kansas City  MO  64999

194621450 AI MART 30 0 201112 670 00000000000