**Department of the Treasury**
**Internal Revenue Service**

```
KANSAS CITY  MO   64999-0025          In reply refer to: 0938000000
                                      Apr. 14, 2014  LTR 2645C  K0
                                      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  201112  30
                                      Input Op: 0909960014 00028055
                                                     BODC: WI
```

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

(handwritten annotation: Exhibit #4 of Transaction and Distribution Account Property ...)

)48790

```
     Taxpayer identification number: 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
                     Tax period(s): Dec. 31, 2011

                        Form: 1040
```

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Feb. 27, 2014.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

We're working on your account. In order to provide a complete response, we need an additional 45 days to let you know what action we are taking on your account. You don't need to take any further action now on this matter.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter. However, you don't need to take any further action at this time.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Your telephone number (___)_____  Hours _____

Thank you for your cooperation.

```
                                                     0938000000
                                    Apr. 14, 2014  LTR 2645C  KO
                                    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   201112 30
                                    Input Op:  0909960014 00028056
```

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820

Exhibit #44
Second page
Transection Account
for Apartments and
Property
Navy Exemption

Sincerely yours,

*Adlene Larry*

Adlene Larry
Operations Manager, AM OPS 1

 **Department of the Treasury**
**Internal Revenue Service**

KANSAS CITY MO 64999-0025

048790.285745.25692.4040 1 MB 0.435 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

18790

*[Handwritten annotation:]* Exhibit #44 Transaction and Distribution Account for Property Securities Navy Exemption *194621450* AI MART 30 O 201112 670 00000000 00*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
                           0938000000
    BODCD-WI

    INTERNAL REVENUE SERVICE

    KANSAS CITY    MO   64999-0025

Use for payments
                    Letter Number  :   LTR2645C
                    Letter Date    :   2014-04-14
                    Tax Period     :   201112

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820

194621450 AI MART 30 O 201112 670 00000000000