```
                                            0938000000
                              July 18, 2014   LTR 2645C   K0
                              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    201112   30
                              Input Op:  0909960064 00027613
```

KARIM A MARTIN
PO BOX A
BELLEFONTE   PA   16823-0820


Exhibit 45
second page
Transaction
and Distribution
Account for property
and securities,
Navy Exemption


Sincerely yours,

Thomas E. Brown
Operations Manager, AM OPS 1


**IRS** Department of the Treasury
Internal Revenue Service

KANSAS CITY  MO  64999-0025

034379.317048.144338.6935 1 MB 0.435 536

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

.4379

*[handwritten: Exhibit #U5 Transaction and Distribution for property and securities Navy Exemption #194621450 AI Mart 30 0 201112 670 00000000000*]*

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0938000000

BODCD-WI

INTERNAL REVENUE SERVICE

KANSAS CITY  MO  64999-0025

Use for payments
Letter Number:   LTR2645C
Letter Date   :   2014-07-18
Tax Period    :   201112

*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

194621450 AI MART 30 0 201112 670 00000000000