

IRS
FRESNO    CA   93888-0025

In reply refer to:  0842398070
Apr. 21, 2017    LTR 131C    0
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    200712   30
                            00011612
                    BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

06784

Exhibit #46
Transaction and Distribution Account for Veterans Administration Regional office and hospitals
Army Exemptions

Taxpayer identification number:  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
              Tax period:  Dec. 31, 2007

Dear Taxpayer:

Thank you for the inquiry dated Mar. 27, 2017.

We need more information to answer your questions.

We sent you a letter on February 2, 2017 requesting an explanation of what you would like the Internal Revenue Service to do for you. We have received several correspondences from you that do not indicate any specific action that needs to be taken on your account. Please explain the check for $400,000.00 that you indicated in your most current letter.

Our records indicate there is no money due to you. Please do not respond with the information that was previously sent to us.

You can get most IRS forms or publications you need from our website at www.irs.gov/formspubs or by calling 1-800-TAX-FORM (1-800-829-3676).

If you have questions, you can call us at 1-800-829-0922.

If you prefer, you can write to us at the address shown at the top of the first page of this letter.

When you write, include this letter and provide in the spaces below, your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone number (    )_____    Hours:_____

Thank you for your cooperation.

```
                                                              0842398070
                                    Apr. 21, 2017    LTR 131C    0
                                    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    200712 30
                                                              00011613
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707


                              Sincerely yours,

                              *Maureen A. Doonan*

                              Maureen Doonan, Department Manager
                              Operation 1, Department 2


Enclosures:
Copy of this letter

Exhibit #46
second page
Transaction and
Distribution Account
for Veterans Administration
Army Exemptions



**IRS** Department of the Treasury
Internal Revenue Service
IRS
FRESNO   CA   93888-0025

006784.751293.174739.11024 1 AB 0.403 690

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

006784

*Handwritten note:*
Exhibit # C16
Transaction and
Distribution
for Veterans Administration
Army Exemption
*194621450 AI MART
30 0 200712 670
000 000 000 00*

---

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0842398070
BODCD-WI

Use for inquiries only
Letter Number:  LTR0131C
Letter Date  :  2017-04-21
Tax Period   :  200712

*194621450*
KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

INTERNAL REVENUE SERVICE
IRS
FRESNO   CA   93888-0025

194621450 AI MART 30 0 200712 670 00000000000

---

The IRS address must appear in the window.
0842398070
BODCD-WI

Use for payments
Letter Number: LTR0131C
Letter Date  : 2017-04-2
Tax Period   : 200712

*194621450*
KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

INTERNAL REVENUE SERVICE

FRESNO   CA   93888-0010

194621450 AI MART 30 0 200712 670 00000000000