

**Department of the Treasury**
**Internal Revenue Service**
PO BOX 236
MEMPHIS TN 38101-0236

016105.346587.0071.002 1 MB 0.405 530

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

016105

*Handwritten note:*
> Exhibit # 47
> Transaction Account and Distribution Account for the Fashion District and NFC Account Navy Exemption
> *194621450 AI MART 30 0 201112 670 00000000000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

| The IRS address must appear in the window. | Use for inquiries only | |
|---|---|---|
| 0342202701 | Letter Number: | LTR0086C |
| BODCD-WI | Letter Date : | 2013-07-09 |
| | Tax Period : | 201112 |



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

INTERNAL REVENUE SERVICE
PO BOX 236
MEMPHIS TN 38101-0236

194621450 AI MART 30 0 201112 670 00000000000

---

| The IRS address must appear in the window. | Use for payments | |
|---|---|---|
| 0342202701 | Letter Number: | LTR0086C |
| BODCD-WI | Letter Date : | 2013-07-09 |
| | Tax Period : | 201112 |



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0150

194621450 AI MART 30 0 201112 670 00000000000