**IRS** Department of the Treasury
Internal Revenue Service

PO BOX 236
MEMPHIS TN 38101-0236

In reply refer to: 0339300000
June 05, 2013 LTR 2645C K0
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 201112 30
Input Op: 0309960158 00001450
BODC: WI

KARIM A MARTIN
PO BOX A
BELLEFONTE PA 16823-0820

018195

Taxpayer Identification Number: 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
Tax Period(s): Dec. 31, 2011
Form: 1040

Dear Taxpayer:

Thank you for your correspondence received May 10, 2013.

We haven't resolved this matter because we haven't completed all the research necessary for a complete response. We will contact you again within 45 days to let you know what action we are taking. You don't need to do anything further now on this matter.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter with your telephone number and the hours we can reach you entered in the spaces provided below. You may want to keep a copy of this letter for your records.

Your telephone number (___)_____ Hours _____

We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

Exhibit #49
Transaction and
Distribution Document
for K fewlers
answeral orlando
Navy Exemptions

Sincerely yours,

Jacquelyne Yarbrough
Manager, Accounts Management



**Department of the Treasury**
**Internal Revenue Service**
PO BOX 236
MEMPHIS  TN  38101-0236

018195.335569.0077.002 1 MB 0.405 530

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

018195

*Handwritten note:*
Exhibit #19
Transaction, and
Distribution Account
for K Jeulers
universal orlando
Navy Exemption
*194621450 AI MART
30 0 201112 670
0000000Q000*

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

| The IRS address must appear in the window. | Use for inquiries only | |
|---|---|---|
| 0339300000 | Letter Number: | LTR2645C |
| BODCD-WI | Letter Date  : | 2013-06-05 |
| | Tax Period  : | 201112 |



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE
PO BOX 236
MEMPHIS  TN  38101-0236

194621450 AI MART 30 0 201112 670 00000000000

---

| The IRS address must appear in the window. | Use for payments | |
|---|---|---|
| 0339300000 | Letter Number: | LTR2645C |
| BODCD-WI | Letter Date  : | 2013-06-05 |
| | Tax Period  : | 201112 |



*194621450*

KARIM A MARTIN
PO BOX A
BELLEFONTE  PA  16823-0820

INTERNAL REVENUE SERVICE

CINCINNATI  OH  45999-0150

194621450 AI MART 30 0 201112 670 00000000000