
**IRS** Department of the Treasury
Internal Revenue Service

IRS
FRESNO    CA   93888-0025

In reply refer to:  0848900000
Apr. 07, 2017   LTR 2645C  K0
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   201112  30
Input Op:  0809906843 00024564
              BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

*[handwritten: Exhibit #50 Transaction and Distribution Account Legislative Congress Navy Exemption]*

006483

Taxpayer identification number: 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
Tax periods: Dec. 31, 2011

Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Feb. 08, 2017.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

We're working on your account. However, we need an additional 45 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you have questions, you can call us toll free at 1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter. However, you don't need to take any further action at this time.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (___)_____   Hours _____

Thank you for your cooperation.

```
                                                         0848900000
                                    Apr. 07, 2017   LTR 2645C   K0
                                    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    201112 30
                                    Input Op:   0809906843 00024565
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA   19136-3707


                                        Sincerely yours,


                                        [signature]

                                        Deidre A. Moran
                                        Operations Manager, Operations 1

*Exhibit #50
second page
Transaction and
Distribution for
Congress
Navy Exemption*

**IRS** Department of the Treasury
Internal Revenue Service

IRS
FRESNO   CA   93888-0025

006483.747403.161477.10584 1 AB 0.403 530



KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA   PA   19136-3707

006483

Exhibit # 50,
Transaction and
Distribution
Congress Navy
Exemption
#19462145O AT MART
30  0  201112 670
000 000 00000 ☆