
**IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0059

In reply refer to: 0686100000
Oct. 13, 2017  LTR 2645C  K0
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  201112 30
Input Op: 0609906006 00000294
BODC: WI

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707

00237

*Exhibit #51*
*Transaction,*
*and Distribution*
*Accounts for*
*Bord of commissioners*
*and House of representatives*
*Navy Exemptions*

Taxpayer identification number: 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
Tax periods: Dec. 31, 2011
Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Sep. 17, 2017.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

We're working on your account. However, we need an additional 45 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you have questions, you can call us toll free at
1-800-829-0922.

If you prefer, you can write to us at the address at the top of the first page of this letter. However, you don't need to take any further action at this time.

You can get any of the forms or publications mentioned in this letter by calling 1-800-TAX-FORM (1-800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include this letter and provide in the spaces below your telephone number with the hours we can reach you. Keep a copy of this letter for your records.

Telephone number (___)_____  Hours _____

Thank you for your cooperation.

```
                                                      0686100000
                                      Oct. 13, 2017  LTR 2645C  K0
                                      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    201112 30
                                      Input Op:  0609906006 00000295
```

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA  PA  19136-3707


                                    Sincerely yours,


                                    [signature]

                                    Linda I. Aponte
                                    Operations Mgr., Accts Management 2

Exhibit #51
second page
transaction
Account House
of Rep Navy
Exemption


**IRS** Department of the Treasury
Internal Revenue Service

**AUSTIN TX 73301-0059**

000237.652826.26633.6257 1 MB 0.423 536

KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136-3707

)0237

Exhibit #51
Transaction Account
House of Rep
and Board of
Commissioners
Navy Exemption
#1946214 50 AT MART
30 0 201112 670 000000
000 0 *