In which Concerning the Above Documents in this Certificate of Se-rvice is in the Complaint Procedure to Appropriate the Due Proce-ss of the Case. In which in Commission the Recognition in Some Reference of the Multidistrict Litigation Premises For the Direct Coordinated Moniter Due to Capacity of Municipality. In which Plea-se Conduct the Probable Cause Investigation to Process, and Defend the Matters, and Jurisdiction of the Federal Reserve Act, Securities Exchange Act, and the United States Constitution. In which for your Use for Investigative Purpose all Exemption Information is in the Service Detail in the Compliant for Recognition of Military Furni-sh Bonds, Securities, and Federal Benifits for Microsoft, and More. In which Regarding for Your Use of Investigation Regarding the Financial Disclosure, and Transaction Inquiry Documents with the Different Exemption Disclosure Numbers on the Bottom of Each Note. In which Both the State Department, and Treasury Department Received Notice Regarding Location of My Property, and the Disclosure of the Property web Site Colored Photos Regarding Discription of My Prop-erty. In which to Conclude for Disclosure Purpose is My Exemption Activation Number for Municipality Coordination is #0014186371 160 2207801 8551 7248 75017, and 10-4-17 mc P.N. for Active Standard.

Under Penalty of Perjury I Declare that all Stated is True, and Complete Subject to Titlt 28 U.S.C.§ 1746.

Date_____

*Exhibit #53, Certificate of Service Conformation and my Exemption Activation Number to Disclose the Exemption Information # Starting with #001*