1:59 .ıl 5G 🔋

AA 🔒 golookup.com ↻

## Confidential Report ID: **EBB69F**

### Account Details

**Location:**
▓▓▓ ▓▓▓ ▓▓

**Phone:**
▓▓▓ ▓▓▓ ▓▓



- **Unclaimed properties**
- Bonds
- Trust distributions
- Stocks
- Uncashed Dividends
- Payroll Checks
- Refunds
- Traverler's Checks
- Gift Certificates
- Much More!

*Handwritten note:* Exhibit #54 Report ID EBB69F and property Disclosure



(Illustration only)

🇺🇸 **Real People, Real Testimonials!**

