5:25 ..ıl 5G

November 3, 2021
1:58 PM

Edit

## Property

**COMPLETED** — We are gathering all property information related and/or linked to .

## Companies

**COMPLETED** — We are connecting to various companies has had interaction with.

## Unclaimed Checks

 Analyzing millions of unclaimed checks related to Karim Martin.

## Stocks

**WAITING** — Reviewing and Connecting to Stock Data related to Karim Martin.

## Security Deposits

**WAITING** — Unlocking security deposits records in all states.



  

*Handwritten annotation:* Exhibit #55 Property Disclosure about Millions of checks and stock certificates