**COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH**

**VITAL RECORDS**

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY BY PHOTOSTAT OR PHOTOGRAPH

# Certification of Birth

Date of Birth: **OCTOBER 24, 1980**

State File Number: **160590-1980**

Date Issued: **APRIL 05, 2018**

Date Filed: **APRIL 20, 1981**

Name: **KARIM ABDUL-RAHMAN MARTIN**

Sex: **MALE**

Place of Birth: **PHILADELPHIA COUNTY**

Parent: **WANDA E MARTIN**

Parent: **SALIM ABDUL MUHAMMAD**

**CERTIFIED TRUE COPY OF THE ORIGINAL**

I hereby certify that this is a true and correct copy of the original document.
Certified by _____
Month _01_ Day _28_ Year _2023_

Commonwealth of Pennsylvania - Notary Seal
JOHN O. ABIOLA, Notary Public
Philadelphia County
My Commission Expires October 16, 2024
Commission Number 1000165

This is to certify that this is a true copy of the record which is on file in the Pennsylvania Department of Health, in accordance with the Vital Statistics Law of 1953, as amended.

Audrey C. Marrocco
State Registrar



THE DOCUMENT FACE CONTAINS A YELLOW BACKGROUND AND EMBOSSED SEAL.
THE BACK CONTAINS SPECIAL LINES WITH TEXT.

H105.105.1D Rev. (6/2016)   WARNING: THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.   0003341901

Exhibit #56
Vital Record
of my Birth