

Exhibit #57 property Disclosure Gift Certificates