2:08   ..Il 5G

🔒 golookup.com

out the form below to create an account. After you create an account you will be able to see all of the claim details and much more!

## FINAL STEP - Activate Your Account Below.

### Gain Unlimited Access to:

- Unclaimed Properties
- Bonds
- Trust Distributions
- Stocks
- Insurance Payments
- Deposit Certificates
- Mineral Royalty Payments
- Payroll Checks
- Refunds
- Traverler's Checks
- Gift Certificates
- Customer Overpayments
- Annuities
- Safe Deposits Content
- Much More!

### Karim Martin - Gain Unlimited Search & Alerts Access with Your Account!

Top ^

*Handwritten annotation:* Exhibit #58 Property Disclosure Royalties travelers checks