## AFFIDAVIT

COMMONWEALTH OF PENNSYLVANIA  :

: SS

COUNTY OF PHILADELPHIA   :

*Exhibit #59 Bankruptcy Case Affidavit Expungement*

Before me, the undersigned authority, personally appeared __Karim A. Martin__ who, being duly sworn According to law, deposes and says that __Statement__ in the foregoing __AFFIDAVIT__ and that the facts set forth therein are true, and correct to the best of his knowledge, information, and belief.

__Karim A. Martin__

I understand that the statements made herein are subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.

Date __January 28 2023__

Signature of Affiant

Sworn and subscribed before me
This __28__ day of __January__, __2023__.

Notary Public

My commission expires on: __10-16-2024__

Commonwealth of Pennsylvania - Notary Seal
JOHN O. ABIOLA, Notary Public
Philadelphia County
My Commission Expires October 16, 2024
Commission Number 1000165

**Sworn Affidavit,**

In Reading I Declare Under Title 28 U.S.C.§ 1746 which is Penalty of Perjury with Testification that I,am Establishing my Identity in Submission of this Notarized Affidavit.In which I do Inquire on this Forum to Commission Enactment to Certify the Modification in Regulation of State Requirement.Also I Move to Transition Recognition of the Adversity,Perpetration,Sovereign Liability,and Infringment Imposed Regarding my Estate.In which concerning my Active Alleged Trustee,Principle,Third Party,Executive Personnel,and Power of Attorney Under the Fiduciary Capacity Imposed Action of Persecution.In which Several Active Personnel Lacked Admonishment to I Karim A. Martin with Violation of my Fourteenth Amendment Rights to Equal Protection According to Notice of Demand.Also these PersonnelFailed to Administer Report of 1099 Series Information to other States which in Regulates the Criminal Violation of Infringement.In which Regards to the Deception Before,and During my Service to the State I was Persecuted Againts with Catastrophic Arangements to Deliberatly Indifference my Means to Bring Legal Action.In Addition During my Econmic Development of the Infrastructure,and Procurement of State Correctional Facilities,Group Homes,and Curriculum Education Facilities I was Impeded.Also During my Procurement of Many Veterans Establishment,Recreational Resots,and Rtail Vender Operation I have Been Shot in the Head due to Executive Murder Contract Arrangements.Also A Number of my Trustee Personnel have Accomodated Hiring of Constituannts,Colleagues,Acquaintance,and Relative Persnnel at some of our Correctional Institutions.In which I Completed my Service to the State at Two of my Contracted Infrastructure Ownership Facilities in the Department

*Karim A. Martin KAM*
**Signature of Affiant**

*Bankruptcy case Expungement*

**Sworn Affidavit,**

-of Corrections. In which at S.C.I. CRESSON I was Peper Sprayed, Raped by State Correctional Officials on April 30, 2009 which in I have Abuse Allegation Response. Also at S.C.I. ROCKVIEW D.O.C. STATE INSTITUTION I was Too Peper -Sprayed by State Correctional Officials Due to my Oppositional Right when I was Forced to Mental Medical TBO. Placement Due to Hearsay. In which I was too Physically Assaulted by A state Officer Initially at S.C.I WAYMART in Case # CP000216 CT 2/2010 which in the Evidence in Testimony Did not Substantiate the Claim. In which Although I did Perpertrate the Service to the State Due to my Sovereign Responsibility, and Discouragement in the Venue which in was with Opposition Due to my Incarceration. In which my Initial Case # CP0501 CT 1/0007 in concerning was Dissmissed then Proceed in the Violation of my Fith Amend -ment Clause of Double Jeopardy concerning Life or Limb. In which after any Discharge of A Prosecution Know one Should be Tried Twice at the Convenience, or Discretion of the Courts in Public Safety. In which with the Constructive Denial of Council Which in Violated my Fourteenth Amendment Rights to Equal Protection. In which at the Time of Preceding my Mental State was Incapacitated , and Infringed by Personnel Operating my Entity Controls with Distortion in the Cause of Memory Lose. In Conclusion I am Submitting Documentation for the Proof of Address at 4535 Shelmire Avenue, Philadelphia PA.19136 in the Utility of Independence. Also I am Including A (FOIA) Request Under Title 5 U.S.C.§ 552 for Applicable Right to Any Disclosure Requirement which Governs Federal Agency for Your Possile Convenience. In which I Declare that all stated herein is true, and Complete Under Title 28 U.S.C.§ 1746 if Found to be False.

*[signature]*
**Signature of Affiant**