

**Department of Veterans Affairs**

1000 LIBERTY AVE
PITTSBURGH PA 15222

November 30, 2011

In Reply Refer To:

KARIM A MARTIN
PO BOX A
HD4170
CRESSON PA   16630

*[handwritten: Exhibit 60 Drill organization Initiative]*

File Number:
194 62 1450
K A MARTI

The President has signed into law an Act of Congress increasing rates of Disability Compensation for disabled veterans, and of Dependency and Indemnity Compensation for the survivors of deceased veterans effective December 1, 2011.  We are reviewing your award to determine what rate you will be entitled to receive.

Should your award require adjustment, we will advise you of the new monthly rate.

Please advise us immediately if you return to active military service or if your address or marital status changes. If you are receiving additional benefits for dependents, notify us immediately of any change in their status.

VA will match benefit information from your records with the following agencies for the purposes described below:

1.   Department of Defense: to verify a return to active military service.

2.   Department of Defense: to identify veterans receiving disability compensation who are also receiving military pay and allowances (drill pay) as members of the National Guard or Reserves.



3.   Social Security Administration: to identify veterans in receipt of substantial earned income who are also rated totally disabled based on unemployability for VA purposes. *[handwritten: material earned]*

4.   Social Security Administration: to assist in determining eligibility for benefits under the Supplemental Security Income program.  *[handwritten: Created or Added]*

5.   Social Security Administration: to verify a beneficiary's self-certification of eligibility for prescription drug subsidy assistance under the Medicare Prescription Drug, Improvement and Modernization Act of 2003.

VA FORM

6. U.S. Department of Health and Human Services: to assist states in determining eligibility for public assistance programs.

7. Department of Education: to verify veteran status of applicants for financial assistance.

8. Federal and State law enforcement agencies: to identify VA beneficiaries who are fugitive felons.

9. Bureau of Prisons and Social Security Administration: to identify beneficiaries who are incarcerated more than 60 days.

A beneficiary may be entitled to additional benefits if permanently housebound or in need of the regular aid and attendance of another person in performing certain activities of daily living. For information about these benefits, call 1-800-827-1000.

STATE BENEFITS: You should contact your state office of veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible as a veteran (or surviving dependent of a veteran). State offices of veterans' affairs are available at http://www.va.gov/statedva.htm.

TAX CREDITS: The Internal Revenue Service has asked us to encourage you to take advantage of certain tax credits, deductions and services for which you may qualify. Special deductions and credits an benefit disabled taxpayers or their families. Free tax help is available for low-income, elderly, disabled or individuals who do not speak English. Returns can be filed electronically to speed receipt of refunds and increase accuracy. The Earned Income Tax Credit may be available to low- or moderate-income workers, depending on the amount of earned income and the number of children in the household. Even when income is below the threshold for filing a tax return, eligible individuals ca file a return and claim the credit to receive a refund. Education credits and deductions for non-reimbursed expenses may be available to individuals when they or members of their family are pursuing post-secondary or job-related education. Child tax credits may be available to those with children under age 17. To find out more and to see if you qualify for the credits, call the Internal Revenue Service a (800) 829-1040 or visit the IRS web site at www.irs.gov.

CONTACTING VA: Any questions or correspondence should be submitted to the VA regional office handling your account. If you do not know which regional office handles your account, contact the office nearest your home. For telephone inquiries, dial the following toll-free number: 1-800-827-1000. If you are hearing impaired, dial 1-800-829-4833.

L. D. WELDIN
VETERANS SERVICE CENTER MANAGER

*[Handwritten: Exhibit 60 / Dr. M organization / 2nd page]*