**Department of Veterans Affairs**

PO BOX 4444
JANESVILLE WI 53547-4444

March 15, 2021

Veteran's Name:
Martin, Karim, Abdul-Rahman

```
#   000044804        I=0000
```



KARIM A MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA   19136

This letter is a summary of benefits you currently receive from the Department of Veterans Affairs (VA). We are providing this letter to disabled Veterans to use in applying for benefits such as housing entitlements, free or reduced state park annual memberships, state or local property or vehicle tax relief, civil service preference, or any other program or entitlement in which verification of VA benefits is required. Please safeguard this important document. This letter replaces VA Form 20-5455, and is considered an official record of your VA entitlement.

--America is Grateful to You for Your Service--

Our records contain the following information:

**Personal Claim Information:**
Your VA claim number is: 194 62 1450
You are the Veteran

**Military Information:**
Your character(s) of discharge and service date(s) include:
Army, Honorable, 15-Jul-1998 - 06-Dec-1999
(You may have additional periods of service not listed above)

*Exhibit #61*
*2nd service connected*
*Document before last*
*on Dated 2022*

**VA Benefits Information:**
Service-connected disability: Yes
Your combined service-connected evaluation is: 100 PERCENT
The effective date of the last change to your current award was: 10-DEC-2020
Your current monthly award amount is: $3,263.74

You should contact your state or local office of Veterans' affairs for information on any tax, license, or fee-related benefits for which you may be eligible. State offices of Veterans' affairs are available at http://www.va.gov/statedva.htm.

**Need Additional Information or Verification?**
If you have any questions about this letter or need additional verification of VA benefits, please call us at 1-800-827-1000. If you use a Telecommunications Device for the Deaf (TDD), the federal relay number is 711. Send electronic inquiries through the Internet at https://iris.custhelp.va.gov/.

Sincerely yours,

Regional Office Director

Enclosure(s): What Things Affect Your Rights To Payment

**NE201221**

## VA Benefit Details

SERVICE-CONNECTED DISABILITY: A condition incurred during or aggravated by military service, for which the Veteran is receiving VA benefits.

COMBINED SERVICE-CONNECTED EVALUATION: The Veteran's disability rating for all conditions determined to be service-connected.

CURRENT MONTHLY AWARD AMOUNT: The monthly monetary benefit paid to the Veteran or survivor receiving benefits under a VA program.

NON-SERVICE-CONNECTED PENSION: Benefit for a non-service connected Veteran who meets specific criteria, which include disability or age, wartime service, minimum length of service, and income restrictions. If a Veteran is eligible for service-connected benefits and pension benefits, VA will pay the higher benefit.

INDIVIDUAL UNEMPLOYABILITY (IU): The Veteran is receiving payment at the 100 percent rate, even though the combined service-connected evaluation is not 100 percent. The Veteran's service-connected conditions cause him/her to be unable to obtain or maintain substantially gainful employment because of the Veteran's service-connected conditions. The Veteran must periodically certify continued unemployability, but if there is no scheduled future reduction or medical examination required, he/she may be considered by some states to be permanently and totally disabled.

PERMANENT AND TOTAL (P&T) DISABILITY: The Veteran is considered by VA to be permanently and totally disabled because of his/her service-connected conditions.

SPECIAL MONTHLY COMPENSATION: The Veteran is receiving additional compensation for one or more of the following: a service-connected loss of or loss of use of one or more specific organs or extremities; a combination of severe disabilities; is 100 percent disabled and housebound, bedridden, or in the need of the aid and attendance of another person.

SPECIALLY ADAPTED HOUSING and/or SPECIAL HOME ADAPTATION GRANT: Grants provided by VA to service-connected veterans and service members to help build a new specially adapted house, to adapt a home they already own, or buy a house and modify it to meet their disability-related requirements.

## Wartime Service Periods

**Mexican Border Period:** May 9, 1916, through April 5, 1917, for veterans who served in Mexico, on its borders or in adjacent waters.

**World War I:** April 6, 1917, through Nov. 11, 1918; for veterans who served in Russia, April 6, 1917, through April 1, 1920; extended through July 1, 1921, for veterans who had at least one day of service between April 6, 1917, and Nov. 11, 1918.

**World War II:** Dec. 7, 1941, through Dec. 31, 1946.

**Korean War:** June 27, 1950, through Jan. 31, 1955.

**Vietnam War:** Aug. 5, 1964 (Feb. 28, 1961, for veterans who served "in country" before Aug. 5, 1964), through May 7, 1975.

**Gulf War:** Aug. 2, 1990, through a date to be set by law or Presidential Proclamation.

Exhibit 61
2nd page