Exhibit #62
Business high school Curriculum Diploma

# The School District of Philadelphia

## Kensington Business High School

*This certifies that*

### Karim A. Martin

has successfully completed the high school curriculum and is awarded this diploma by the authority of the School Reform Commission, City of Philadelphia on this 16th day of June, A.D. 1998.



*Albert Buchan*
Deputy Chief Academic Officer

*Eileen Wiscon Wiseman*
Principal

*Chair, School Reform Commission*

*Chief Executive Officer*