NOTICE OF LEVY on Wages, Salary, and Other Income — Internal Revenue Service

DATE: 07/16/2012
REPLY TO: Internal Revenue Service
MS. L. GIBSON
ONE SKYLINE PLACE
5205 LEESBURG PIKE, STE 600
BAILEYS CROSSROADS, VA 22041-3802

TELEPHONE NUMBER
OF IRS OFFICE: (703)647-5586

TO: SOCIAL SECURITY ADMINSTRATION
ATTN: MARK A. SILVESTRI
DIVISION OF CENTRAL ACCOUNTING OPER
HD4170 P O BOX A
CRESSON, PA 16699-0001

NAME AND ADDRESS OF TAXPAYER:
JOHN T MAHONEY
126 ROBERTS LANE APT 300
ALEXANDRIA, VA 22314-5336

MAHO

IDENTIFYING NUMBER(S): 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

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2004 | $26,455.36 | $1,764.32 | $28,21... |
| 1040 | 12/31/2005 | $32,894.48 | $1,464.67 | $34,35... |
| 1040 | 12/31/2006 | $107,376.28 | $6,114.42 | $113,49... |
| 1040 | 12/31/2008 | $166,619.83 | $25,820.35 | $192,44... |
| | | | Total Amount Due ⇒ | $368,50... |

We figured the interest and late payment penalty to 08/15/2012

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

The Internal Revenue Code provides that there is a lien for the amount shown above. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us: (1) this taxpayer's wages and salary that have been earned but not paid, as well as wages and salary earned in the future until this levy is released, and (2) this taxpayer's other income that you have now or for which you are obligated.

We levy this money to the extent it isn't exempt, as shown in the instructions. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions.

If you don't owe money to this taxpayer, please call us at the telephone number at the top of this form. Instead of calling us you may complete the back of Part 3, attach it as a cover to the rest of this form, and return all parts to IRS in the enclosed envelope.

If you do owe money to this taxpayer, please see the back of this page for instructions on how to act on this notice.

Signature of Service Representative
MS. L. GIBSON

Title
REVENUE OFFICER

Part 1 — For Employer or other Addressee    Catalog No. 35390F    www.irs.gov    Form 668-W(ICS) (7-20...)

Exhibit #67
Levy Form for
Embassy