SUITE 500
OVERLAND PARK, KS 66202

Date: 07/30/2012

SOCIAL SECURITY ADMINISTRATION
DIVISION OF CENTRAL ACCOUNTING OPER
HD4170 PO BOX A
CRESSON    PA 16699

Taxpayer's Name:
SHARYN HAWKINS
Address:
5508 B OSAGE AVE
KANSAS CITY, KS 66106-1331
Social Security Number:
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
Person to Contact:
LORETTA A MORSE
Employee Identification Number
1000244143
Telephone Number:
(913)722-7518

The taxpayer identified in the enclosed notice of levy is not entitled to the exemptions under section 6334(a)(9) of the Internal Revenue Code. Therefore, please disregard the instructions about the exemptions under that Code section on the back of Part 1 of the notice. Parts 4 and 5 of the notice have been removed, and the Table for figuring the amount exempt from levy is not enclosed.

This levy attaches the taxpayer's take-home pay: Please attach Part 3 to the check you send us. There is no need for your employee to complete the statement of exemptions on Part 3.

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

LORETTA A MORSE
REVENUE OFFICER

Enclosures:
Notice of levy
Envelope

*Exhibit 64*
*Levy Initial*
*Form for*
*Kansas state*

Letter 1697(P)(CG)(Rev. 11-89)