(Rev. July 2002)

Department of the Treasury — Internal Revenue Service
## Notice of Levy

DATE: 07/30/2012

REPLY TO: Internal Revenue Service
LORETTA A MORSE
6717 SHAWNEE MISSION PARKWAY
SUITE 500
OVERLAND PARK, KS 66202

TO: SOCIAL SECURITY ADMINISTRATION
(SSA)
6401 SECURITY BLVD
BALTIMORE, MD 21235

TELEPHONE NUMBER
OF IRS OFFICE: (913)722-7518

NAME AND ADDRESS OF TAXPAYER:
SHARYN HAWKINS
5508 B OSAGE AVE
KANSAS CITY, KS 66106-1331

HAWK

IDENTIFYING NUMBER(S): 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

THIS IS NOT A BILL FOR TAXES YOU OWE. THIS IS A NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.
*LEVY IS CONTINUOUS AND FOR FULL MONTHLY PAYMENT * TP IS RECEIVING DFAS PAYMENTS IN FULL**

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/2002 | $3,898.16 | $2,355.16 | $6,2: |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ================================>

Total Amount Due   $6,25

We figured the interest and late payment penalty to 08/29/2012

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and dem required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't s us more than the "Total Amount Due."

Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your recor using the taxpayer's name, address, and identifying number(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you ser

To respond to this levy —
1. Make your check or money order payable to United States Treasury.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on y check or money order (not on a detachable stub.).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.

If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelop

Signature of Service Representative
LORETTA A MORSE

Title
REVENUE OFFICER

Part 1 —   For Addressee

Catalog No. 35389E   www.irs.gov

Form 668-A(ICS) (7-2

*Exhibit #65
Actual Kansas state
Levy Form*