

# COMMONWEALTH OF PENNSYLVANIA
## DC16E - SENTENCE STATUS SUMMARY   DEPARTMENT OF CORRECTIONS

Name: Karim Martin          Inmate #: HD4170          Certified Version 4 Dated 2/18/2011 11:04:20 AM

## 1. REFERENCES AND IDENTIFICATION

| DOC # | Commitment Name | PBPP # | SID # | FBI # | Phila Photo # |
|---|---|---|---|---|---|
| HD4170 | KARIM MARTIN | 943ED | 27285112 | 937360MB4 | 860228 |

| DOB | Place of Birth | | | Race | Sex |
|---|---|---|---|---|---|
| 10/24/1980 | PHILADELPHIA PA USA | | | B | M |

## 2. SENTENCE SUMMARY

| Sent Date | County/State/Federal | Indictments | Sent Type | Minimum | | | Maximum | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Y | M | D | Y | M | D |
| 07/11/2007 | Philadelphia | CP0501 CT1/0007 | | 3 | | | 6 | | |
| Plea: | Plead Guilty | OTN: N4378662 | Judge: DEFINO-NASTASI, ROSE MARIE | | | | | | |
| Offense: | CC6105A1 - PERSONS NOT TO POSSESS, USE, ETC. FIREARMS | | | | | | | | |
| 01/13/2011 | Wayne | CP0000216 CT 2/2010 | CS | 2 | | | 4 | | |
| Plea: | Plead Guilty | OTN: K9385795 | Judge: HAMILL, RAYMOND L | | | | | | |
| Offense: | CC2703 - ASSAULT BY PRISONER | | | | | | | | |

| Reception Date | 07/17/2007 | Reentered from DOC # | |
|---|---|---|---|
| Controlling Minimum Date | 04/09/2011 | New Maximum - PV | |
| Controlling Maximum Date | 04/09/2016 | True Minimum Expiry Date | |
| RRRI Minimum Expiry Date | | | |

### Summary or Remarks on Sentence

Remarks: Version 4 created to reflect addition of Wayne County sentence at CP0000216/2010. This does change the minimum and maximum dates.

Version 3 created to reflect credit as per letter from Judge Defino-Nastasi received 9/11/08. This does change the minimum and maximum.

Version 2 created to reflect lifting of the Phila County detainer.

## 3. SENTENCE STRUCTURE

**Commitment Credit**
Computation 3        CP0501 CT1/0007, CP0000216 CT 2/2010 : 01/22/2006 to 09/25/2006, 12/12/2006 to 07/11/2007

Remarks: *Exhibit #66 Status summary Maximum completed* [handwritten]

Page # 128 Exhibit #9A

Name: Karim Martin          Inmate #: HD4170     Certified Version No:4  Dated 2/18/2011 11:04:20 AM

### Bail/Escape/Interruption Time Data

None

| Item | Computation 3 | | | | |
|---|---|---|---|---|---|
| Indictments Included | CP0501 CT1/0007<br>CP0000216 CT 2/2010 | | | | |
| Eff Date | 04/09/2006 | | | | |
| Expiration of Minimum | 04/09/2011 | | | | |
| Expiration of Maximum | 04/09/2016 | | | | |
| Custody for Return - PV | | | | | |
| Delinquent Time | | | | | |
| Backtime Credit | | | | | |
| Backtime Owed | | | | | |
| New Maximum - PV | | | | | |
| Sentence Computation Date | 02/17/2011 | | | | |
| Basis for Computation | Initial Aggregation | | | | |
| Total Sentence | 5Y - 10Y | | | | |
| Status | Active | | | | |

*Exhibit # 66*
*Status summary*
*page 2*
*Maxium completed*

Page #129 Exhibit #9B

Name: Karim Martin        Inmate #: HD4170     Certified Version No:4 Dated 2/18/2011 11:04:20 AM

### 4. NON-INCARCERATED OFFENSES

| Sent Date | County/State/Federal | Indictments |
|---|---|---|
| 07/11/2007 | Philadelphia | CP0501 CT1/0007 |
| Description: | CP0501 CT4 - Poss Instrument of Crime W/Int, NFP | |
| Comments: | | |

### 5. DETAINERS

**Active Detainers**

| Detainer# | Date | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| | | | | | |

Charges: None

**Deleted Detainers (For those deleted since last DC16)**

| Detainer# | Date Deleted | Agency | Agency Identification | OTN | Type |
|---|---|---|---|---|---|
| None | | | | | |

Remarks: None

### 6. PRIOR DOC NUMBERS

| None | | | | | | | |
|---|---|---|---|---|---|---|---|

### 7. ACTIONS: BOARD OF PARDONS

| Decision Date | File Number | Action | Comments |
|---|---|---|---|
| None | | | |

Last Modified By: Gerula, Sandra D
Signed Off By: Lamar, Lisa Jean
Certified By: Gerula, Sandra D

Institution: Cresson

*[Handwritten: Exhibit #6b Status summary page #3 maximum complete]*

Page # 130 Exhibit #9C