# PENNSYLVANIA STATE POLICE

1800 Elmerton Avenue
Harrisburg, PA 17110

Control #
**M17730183**

## REQUEST FOR CRIMINAL RECORD CHECK

ACCESS AND REVIEW

KARIM ABDUL RAHMAN MARTIN
4535 SHELMIRE AVE
PHILADELPHIA PA 19136

TELEPHONE: (000) 000-0000

*Exhibit #67*
*page #1*
*Discovery*
*Access and*
*Review*

TO WHOM IT MAY CONCERN:
THE PENNSYLVANIA STATE POLICE DOES HEREBY CERTIFY THAT:

Name: MARTIN, KARIM ABDUL
Date of Birth: 10/24/1980
Social Security #: xxx-xx-1450
Sex: M
Race: Black
Date of Request: 3/8/2017 12:00:00 AM
Purpose of Request: Access & Review

Maiden Name and/or Alias (1) _____ (2) _____
(3) _____ (4) _____

**\*\*\* HAS A CRIMINAL RECORD IN PENNSYLVANIA BASED ON A CHECK OF THE ABOVE IDENTIFIERS - CRIMINAL RECORD FOR SID NO: 272-85-11-2 ATTACHED\*\*\***

THE INFORMATION DISSEMINATED BY THE CENTRAL REPOSITORY IS BASED SOLELY ON THE FOLLOWING IDENTIFIERS THAT MATCH THOSE FURNISHED BY THE REQUESTER:

[Y] **NAME**         [Y] **SOCIAL SECURITY NUMBER**  [N] **MAIDEN / ALIAS NAME**
[Y] **DATE OF BIRTH** [N] **RACE**      [N] **SEX**

THE RESPONSE IS BASED ON A COMPARISON OF DATA PROVIDED BY THE REQUESTER AGAINST INFORMATION CONTAINED IN THE FILES OF THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY. PLEASE CONFIRM IDENTIFIERS PROVIDED. POSITIVE IDENTIFICATION CANNOT BE MADE WITHOUT FINGERPRINTS. THE PENNSYLVANIA STATE POLICE RESPONSE DOES NOT PRECLUDE THE EXISTENCE OF CRIMINAL RECORDS, WHICH MIGHT BE CONTAINED IN THE REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

[ ] COMPARISON MADE WITH FINGERPRINTS

[ ] SEE WEBSITE: http://www.casanet.org/program-management/volunteer-manage/criminal-bkg-check.htm

ADDITIONAL INFORMATION MAY BE AVAILABLE FROM QUERIES OF OTHER STATE AND FEDERAL DATABASES.

[ ] PENNSYLVANIA'S MEGAN'S LAW WEBSITE AT http://pameganslaw.state.pa.us/
QUESTIONS CONCERNING THIS CRIMINAL RECORD CHECK SHOULD BE DIRECTED TO THE PATCH HELP LINE TOLL FREE AT 1-888-QUERY-PA (1-888-783-7972)

CERTIFIED BY:

*[signature]*

**Lieutenant Richard O Quinn**
Director, Criminal Records and Identification Division
Pennsylvania State Police

DISSEMINATED BY: 493931
06/28/2017
Page # 131   Exhibit #10A

```
SP4-137B
COMPILED: 2017/06/19                                                PAGE: 1 of 8
                        PENNSYLVANIA STATE POLICE
                          CENTRAL REPOSITORY
                         1800 ELMERTON AVENUE
                      HARRISBURG, PENNSYLVANIA 17110
                            (717) 787-9092
================================================================================
        USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** SID 272-85-11-2 ***
                      REGULATED BY ACT 47, AS AMENDED.
                       III - MULTIPLE STATE OFFENDER
================================================================================
                              IDENTIFICATION
NAME: MARTIN,KARIM
SID: 272-85-11-2    FBI: 937360MB4     DOB: 1980/10/24      SOC: 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
SEX: MALE           RAC: BLACK         HAI: BLACK           EYE: BROWN
HGT: 5'10"          WGT: 240
POB: PENNSYLVANIA   US CITIZEN: YES
COUNTRY OF CITIZENSHIP: UNITED STATES

SCARS, MARKS, TATTOOS:
SCARS (SC) - SC BACK
TATTOOS (TAT) - TAT LF ARM

LAST KNOWN ADDRESS: 2009/06/16 - DRAWER A CORRECTIONS RD
CRESSON,PA
================================================================================
                            CRIMINAL HISTORY
NAME: MARTIN,KARIM                       OTN: M867824-6
PHOTO AVAILABLE: NO
ARRESTED: 1998/05/19  PAPEP0000  PHILADELPHIA                 OCA: A860228
DISPO DATE: 1998/10/27

                         *** ARREST DATA ***
OFFENSE                                         LIMITED
DATE        CHARGE               COUNT  GRADE   ACCESS
-------     ------               -----  -----   ------
            JUVENILE FOR
            FOLLOWING
            OFFENSES

            VC3731 DUI OF ALCOHOL    2     M       N
            OR CONTRL SUBST

                         *** COURT DATA ***
OFFENSE                                         LIMITED  GRAV
DATE        CHARGE               COUNT  GRADE   ACCESS   SCORE   DISPOSITION
-------     ------               -----  -----   ------   -----   -----------
            JUVENILE FOR
            FOLLOWING
            OFFENSES

            VC3731 DUI OF ALCOHOL    2     M       N              NOT ADJUDICATED
            OR CONTRL SUBST                                       DELINQUENT

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
NAME: MARTIN,KARIM ABDUL                 OTN: N133650-6
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2002/03/09  PAPEP0000  PHILADELPHIA                 OCA: C0860228
DISPO DATE: 2002/08/20            COMMON PLEAS DOCKET: MC0309291-2002
```

*[Handwritten annotations: "Exhibit #67 Page #2 Discovery Access and Review"; "Page #132 Exhibit #10B"]*

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                              PAGE: 2 of 8
```

*** ARREST DATA ***

```
OFFENSE                                           LIMITED
DATE         CHARGE                 COUNT  GRADE  ACCESS
-------      ------                 -----  -----  ------
2002/03/09   CC6106 FIREARM           1            N
             CARRIED W/O A
             LICENSE

2002/03/09   CC6108 CARRYING          1            N
             FIREARMS IN
             PHILA
```

*** COURT DATA ***

```
OFFENSE                                           LIMITED  GRAV
DATE         CHARGE                 COUNT  GRADE  ACCESS   SCORE  DISPOSITION
-------      ------                 -----  -----  ------   -----  -----------
2002/03/09   CC6106 FIREARM           1     M1      N                DISMISSED
             CARRIED W/O A
             LICENSE

2002/03/09   CC6108 CARRYING          1     M1      N                DISMISSED
             FIREARMS IN
             PHILA
```

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
```
NAME: MARTIN,KARIM                          OTN: N187730-4
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2003/01/09   PAPEP0000   PHILADELPHIA                OCA: C0860228
DISPO DATE: 2003/06/10                 COMMON PLEAS DOCKET: MC0104891-2003
```

*** ARREST DATA ***

```
OFFENSE                                           LIMITED
DATE         CHARGE                 COUNT  GRADE  ACCESS
-------      ------                 -----  -----  ------
2003/01/09   CS13A16 VIO              1            N
             CS/DRUG/DEV AND
             COSMETIC ACT

2003/01/09   CS13A30 VIO              1            N
             CS/DRUG/DEV AND
             COSMETIC ACT
```

*Exhibit #67 Page #3 Discovery Access and Review*

*** COURT DATA ***

```
OFFENSE                                           LIMITED  GRAV
DATE         CHARGE                 COUNT  GRADE  ACCESS   SCORE  DISPOSITION
-------      ------                 -----  -----  ------   -----  -----------
2003/01/09   CS13A16 VIO              1     M       N                PLEAD GUILTY
             CS/DRUG/DEV AND
             COSMETIC ACT

2003/01/09   CS13A30 VIO              1     F       N                WITHDRAWN
             CS/DRUG/DEV AND
             COSMETIC ACT
```

Page #133 Exhibit # 10C

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
```
NAME: MARTIN,KARIM                          OTN: N253824-4
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2004/02/03   PAPEP0000   PHILADELPHIA                OCA: C0860228
```

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                              PAGE: 3 of 8
```

*** ARREST DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS |
|---|---|---|---|---|
| 2004/02/02 | CC907 POSSESSING INSTRUMENT OF CRIME | 1 | | N |
| 2004/02/02 | CC2701 SIMPLE ASSAULT | 1 | | N |
| 2004/02/02 | CC2702 AGGRAVATED ASSAULT | 1 | | N |
| 2004/02/02 | CC2705 RECKLESSLY ENDANGERING | 1 | | N |
| 2004/02/02 | CC6106 FIREARM CARRIED W/O A LICENSE | 1 | | N |
| 2004/02/02 | CC6108 CARRYING FIREARMS IN PHILA | 1 | | N |

*[Handwritten: Exhibit 67 page #4 Discovery Access and Review]*

*** COURT DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS | GRAV SCORE | DISPOSITION |
|---|---|---|---|---|---|---|
| 2004/02/02 | CC907 POSSESSING INSTRUMENT OF CRIME | 1 | M1 | N | | NOLLE PROSSED |
| 2004/02/02 | CC2701 SIMPLE ASSAULT | 1 | | N | | NOLLE PROSSED |
| 2004/02/02 | CC2702 AGGRAVATED ASSAULT | 1 | | N | | DISPOSITION UNREPORTED-NO FURTHER ACTION |
| 2004/02/02 | CC2705 RECKLESSLY ENDANGERING | 1 | M2 | N | | NOLLE PROSSED |
| 2004/02/02 | CC6106 FIREARM CARRIED W/O A LICENSE | 1 | M1 | N | | PLEAD GUILTY/ COUNTY PROBATION/ 001 YRS/ COSTS |
| 2004/02/02 | CC6108 CARRYING FIREARMS IN PHILA | 1 | M1 | N | | NOLLE PROSSED |
| 2004/02/02 | CC2706 TERRORISTIC THREATS | 1 | | N | | NOLLE PROSSED |

*[Handwritten: Page # 134 Exhibit # 10D]*

```
FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
==============================================================================
NAME: MARTIN,KARIM                          OTN: N282227-1
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2004/07/06   PAPEP0000   PHILADELPHIA                OCA: C0860228
DISPO DATE: 2005/05/12                COMMON PLEAS DOCKET: MC0748191-2004
```

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                               PAGE: 4 of 8
```

*** ARREST DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS |
|---|---|---|---|---|
| 2004/07/06 | CC2706 TERRORISTIC THREATS | 1 | | N |
| 2004/07/06 | CC2709A1 HARASSMENT | 1 | | N |
| 2004/07/06 | CC2709-1 STALKING | 1 | | N |
| 2004/07/06 | DR6114 CONTEMPT FOR VIOL OF ORDER | 1 | | N |

*** COURT DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS | GRAV SCORE | DISPOSITION |
|---|---|---|---|---|---|---|
| 2004/07/06 | CC2706 TERRORISTIC THREATS | 1 | | N | | WITHDRAWN |
| 2004/07/06 | CC2709A1 HARASSMENT | 1 | S | N | | WITHDRAWN |
| 2004/07/06 | CC2709-1 STALKING | 1 | | N | | WITHDRAWN |
| 2004/07/06 | DR6114 CONTEMPT FOR VIOL OF ORDER | 1 | | N | | WITHDRAWN |

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
==============================================================================
NAME: MARTIN,KARIM                              OTN: N296297-1
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2004/09/25   PAPEP0000   PHILADELPHIA                 OCA: C0860228
DISPO DATE: 2005/03/04                  COMMON PLEAS DOCKET: MC0932751-2004

*** ARREST DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS |
|---|---|---|---|---|
| 2004/09/25 | CC2701 SIMPLE ASSAULT | 1 | | N |
| 2004/09/25 | CC2705 RECKLESSLY ENDANGERING | 1 | | N |
| 2004/09/25 | CC2706 TERRORISTIC THREATS | 1 | | N |
| 2004/09/25 | CC2902 UNLAWFUL RESTRAINT | 1 | | N |

*** COURT DATA ***

| OFFENSE DATE | CHARGE | COUNT | GRADE | LIMITED ACCESS | GRAV SCORE | DISPOSITION |
|---|---|---|---|---|---|---|
| 2004/09/25 | CC2701 SIMPLE ASSAULT | 1 | | N | | DISMISSED |
| 2004/09/25 | CC2705 RECKLESSLY ENDANGERING | 1 | M2 | N | | DISMISSED |

*Handwritten annotations:* Exhibit #67 Page # 5 Discovry Acess any Review

Page # 135 Exhibit # 10E

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                              PAGE: 5 of 8

                              *** COURT DATA ***
                                                  LIMITED  GRAV
   OFFENSE
   DATE      CHARGE                   COUNT GRADE ACCESS   SCORE  DISPOSITION
   -------   ------                   ----- ----- ------   -----  -----------
 2004/09/25  CC2706 TERRORISTIC         1            N            DISPOSITION
            THREATS                                               UNREPORTED-NO
                                                                  FURTHER ACTION

 2004/09/25  CC2902 UNLAWFUL            1            N            DISPOSITION
            RESTRAINT                                             UNREPORTED-NO
                                                                  FURTHER ACTION

 2004/09/25  CC2702 AGGRAVATED          1            N            DISMISSED
            ASSAULT

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
=================================================================================
NAME: MARTIN,KARIM                          OTN: N315732-4
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2005/01/15  PAPEP0000  PHILADELPHIA                     OCA: C0860228
DISPO DATE: 2005/04/08              COMMON PLEAS DOCKET: MC0119781-2005

                             *** ARREST DATA ***
                                                  LIMITED
   OFFENSE
   DATE      CHARGE                   COUNT GRADE ACCESS
   -------   ------                   ----- ----- ------
 2005/01/14  CS13A16 VIO                1            N
            CS/DRUG/DEV AND
            COSMETIC ACT

 2005/01/14  CS13A30 VIO                1            N
            CS/DRUG/DEV AND
            COSMETIC ACT

                              *** COURT DATA ***
                                                  LIMITED  GRAV
   OFFENSE
   DATE      CHARGE                   COUNT GRADE ACCESS   SCORE  DISPOSITION
   -------   ------                   ----- ----- ------   -----  -----------
 2005/01/14  CS13A16 VIO                1     M      N            FOUND GUILTY/
            CS/DRUG/DEV AND                                       MERGED WITH A
            COSMETIC ACT                                          SEPARATE
                                                                  OFFENSE/
                                                                  FINES AND COSTS

 2005/01/14  CS13A30 VIO                1     F      N            FOUND GUILTY/
            CS/DRUG/DEV AND                                       COUNTY
            COSMETIC ACT                                          PROBATION/
                                                                  24 MOS/
                                                                  FINES AND COSTS

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
=================================================================================
NAME: MARTIN,KARIM A                        OTN: N380955-1
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2006/01/22  PAPEP0000  PHILADELPHIA                     OCA: C0860228
DISPO DATE: 2006/09/12              COMMON PLEAS DOCKET: MC0133871-2006
```

*[Handwritten annotations in right margin:]* Exhibit #67 page #6 Discovery Access and Review

*[Handwritten near bottom:]* Page # 136 Exhibit # 10F

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                         PAGE: 6 of 8
```

*Exhibit #67*
*page #7*
*Discovery*
*Access and*
*Review*

```
                        *** ARREST DATA ***
                                              LIMITED
OFFENSE                                       
DATE        CHARGE                  COUNT  GRADE  ACCESS
-------     ------                  -----  -----  ------
2006/01/21  CC907 POSSESSING          1            N
            INSTRUMENT OF
            CRIME

2006/01/21  CC2705 RECKLESSLY         1            N
            ENDANGERING

2006/01/21  CC6105 PERSONS NOT TO     1            N
            OWN A FIREARM

2006/01/21  CC6106 FIREARM            1            N
            CARRIED W/O A
            LICENSE

2006/01/21  CC6108 CARRYING           1            N
            FIREARMS IN
            PHILA

                        *** COURT DATA ***
                                              LIMITED  GRAV
OFFENSE
DATE        CHARGE                  COUNT  GRADE  ACCESS  SCORE  DISPOSITION
-------     ------                  -----  -----  ------  -----  -----------
2006/01/21  CC907 POSSESSING          1    M1     N              WITHDRAWN
            INSTRUMENT OF
            CRIME

2006/01/21  CC2705 RECKLESSLY         1    M2     N              WITHDRAWN
            ENDANGERING

2006/01/21  CC6105 PERSONS NOT TO     1           N              WITHDRAWN
            OWN A FIREARM

2006/01/21  CC6106 FIREARM            1    M1     N              WITHDRAWN
            CARRIED W/O A
            LICENSE

2006/01/21  CC6108 CARRYING           1    M1     N              WITHDRAWN
            FIREARMS IN
            PHILA
```

Page # 137 Exhibit # 10G

```
FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
==============================================================================
NAME: MARTIN,KARIM                          OTN: N437866-2
PHOTO AVAILABLE: YES   CPIN PHOTO NUMBER: 999999999
ARRESTED: 2006/11/17  PAPEP0000  PHILADELPHIA            OCA: C0860228
DISPO DATE: 2007/05/30                COMMON PLEAS DOCKET: CP-0005019-2007

                        *** ARREST DATA ***
                                              LIMITED
OFFENSE
DATE        CHARGE                  COUNT  GRADE  ACCESS
-------     ------                  -----  -----  ------
2006/01/21  CC2705 RECKLESSLY         1            N
            ENDANGERING

2006/01/21  CC6105 PERSONS NOT TO     1            N
            OWN A FIREARM
```

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                          PAGE: 7 of 8
```

*Exhibit #67*
*page #8*
*Discovery*
*Access*
*and*
*Review*

```
                              *** ARREST DATA ***
                                                    LIMITED
OFFENSE
DATE        CHARGE                  COUNT   GRADE   ACCESS
-------     ------                  -----   -----   -------
2006/01/21  CC6106 FIREARM            1               N
            CARRIED W/O A
            LICENSE

2006/01/21  CC6108 CARRYING           1               N
            FIREARMS IN
            PHILA

2006/01/21  CC907 POSSESSING          1               N
            INSTRUMENT OF
            CRIME

                              *** COURT DATA ***
                                            LIMITED  GRAV
OFFENSE
DATE        CHARGE                  COUNT   GRADE   ACCESS  SCORE  DISPOSITION
-------     ------                  -----   -----   ------  -----  -----------
2006/01/21  CC2705 RECKLESSLY         1      M2      N             NOLLE PROSSED
            ENDANGERING

2006/01/21  CC6105A2 PERSONS NOT      1      F2      N             FINAL CHARGE
            TO OWN A FIREARM                                       CC6105A1

2006/01/21  CC6105A1 NOT              1      F3      N             PLEAD GUILTY/
            POSSES-USE-TRANS                                       STATE
            FR FIREARM                                             CORRECTIONAL
                                                                   FACILITY/
                                                                   003 YRS - 006
                                                                   YRS/
                                                                   COSTS

2006/01/21  CC6108 CARRYING           1      M1      N             NOLLE PROSSED
            FIREARMS IN
            PHILA

2006/01/21  CC907A POSSESSING         1      M1      N             PLEAD GUILTY
            INSTRUMENT OF
            CRIME

2006/01/21  CC6106A1 FIREARM          1      F3      N             NOLLE PROSSED
            CARRIED W/O A
            LICENSE

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
NAME: MARTIN,KARIM ABDUL                    OTN: K974744-1
PHOTO AVAILABLE: NO
ARRESTED: 2009/06/16   PAPSP2200  EBENSBURG STATE POLICE         OCA: A21627658
DISPO DATE: 2009/08/27
DISTRICT JUSTICE DOCKET NUMBER: CR-0000138-09     Page # 138 Exhibit #10H

                              *** ARREST DATA ***
                                                    LIMITED
OFFENSE
DATE        CHARGE                  COUNT   GRADE   ACCESS
-------     ------                  -----   -----   -------
2009/04/18  CC2705 RECKLESSLY         1               N
            ENDANGERING
```

```
SP4-137B
CRIMINAL HISTORY RECORD - CONTINUATION FOR *** 272-85-11-2 ***
COMPILED: 2017/06/19                                          PAGE: 8 of 8

2009/04/18   CC4906 FALSE REPORTS     1           N
             TO LAW ENFORCEMT

2009/04/18   CC2701 SIMPLE ASSAULT    1           N
```

*Exhibit # 67 page #9*
*Discovry Acces and Review*

```
                          *** COURT DATA ***
                                        LIMITED GRAV
OFFENSE
DATE       CHARGE          COUNT  GRADE ACCESS SCORE DISPOSITION
-------    ------          -----  ----- ------ ----- -----------
2009/04/18 CC2705 RECKLESSLY  1    M2     N           NOLLE
           ENDANGERING                                PROSSED/
                                                      WITHDRAWN

2009/04/18 CC4906 FALSE REPORTS 1  F3     N           DISPOSITION
           TO LAW ENFORCEMT                           UNREPORTED-NO
                                                      FURTHER ACTION

2009/04/18 CC2701 SIMPLE ASSAULT 1         N          DISPOSITION
                                                      UNREPORTED-NO
                                                      FURTHER ACTION

FOR MORE INFORMATION, CONTACT THE APPROPRIATE COURT OF RECORD
================================================================================
                        CUSTODY INFORMATION
                             ADMISSION     RELEASE      LIMITED
FACILITY/                    DATE          DATE         ACCESS
INSTITUTION
-----------                  ----          ----         ------
PA021025C  DEPARTMENT OF CORR 2007/07/17   2016/04/09   N
ECTIONS
APPLIES TO OTN(s): N437866-2
================================================================================
                        ADDITIONAL IDENTIFIERS
AKAs:
DOBs:
SOCs: 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
MNUs:

 *** DNA SAMPLE AND PROFILE ON FILE PURSUANT TO THE PA DNA ACT (44 PA.C.S., CHAPTER
 23). ***
================================================================================
         F=FELONY, M=MISDEMEANOR, S=SUMMARY AND THE NUMERIC=DEGREE
             ARREST(S) SUPPORTED BY FINGERPRINT CARD(S) ON FILE

RESPONSE BASED ON COMPARISON OF REQUESTER FURNISHED INFORMATION AND/OR
FINGERPRINTS AGAINST A NAME INDEX AND/OR FINGERPRINTS CONTAINED IN THE FILES OF
THE PENNSYLVANIA STATE POLICE CENTRAL REPOSITORY ONLY, AND DOES NOT PRECLUDE
THE EXISTENCE OF OTHER CRIMINAL RECORDS WHICH MAY BE CONTAINED IN THE
REPOSITORIES OF OTHER LOCAL, STATE, OR FEDERAL CRIMINAL JUSTICE AGENCIES.

THE PENNSYLVANIA STATE POLICE IS IN THE PROCESS OF SWITCHING FROM SCN CHARGE CODES TO
THE PURDON'S FORMAT. RAP RESPONSES MAY SHOW BOTH SCN AND PURDON'S FORMATTED CHARGES.

 ***************************** END OF RAP SHEET *****************************
                                            Page # 139 Exhibit # 10I
```

SP 4-165 (1-2001)

# PENNSYLVANIA STATE POLICE
## REVIEW OF CRIMINAL HISTORY RECORD INFORMATION
(Submit in duplicate – See reverse side for instructions)

STATUTORY LAW PROVIDES THAT YOU ARE UNDER NO OBLIGATION TO DIVULGE THIS INFORMATION TO ANY PERSON OR AGENCY.

YOU HAVE 30 DAYS FROM THE DATE OF THIS NOTICE TO CHALLENGE THE ACCURACY OF THE INFORMATION CONTAINED HEREIN.

### PART I (COMPLETED BY CENTRAL REPOSITORY OFFICIAL)

| SID NUMBER | DATE CHRI FORWARDED | IF CHALLENGED, DATE DUE |
|---|---|---|
| 272-85-11-2 | 06/28/2017 | 07/28/2017 |

COMPLETE NAME AND ADDRESS OF REQUESTER

Karim Rahman Martin
4535 Shelmire Ave
Philadelphia, PA 19136

*Exhibit #67 page #10 Discovery Access and Review*

### PART II (COMPLETED BY REQUESTER, IF A CHALLENGE)

CHALLENGE OF CRIMINAL HISTORY RECORD INFORMATION

I HAVE REVIEWED A COPY OF MY CRIMINAL HISTORY RECORD INFORMATION MAINTAINED BY THE CENTRAL REPOSITORY, PENNSYLVANIA STATE POLICE, AND FIND INCOMPLETE AND/OR INACCURATE AS FOLLOWS:

_____

_____

_____

Signature _____ Date _____

### PART III (COMPLETED BY CENTRAL REPOSITORY OFFICIAL)

CENTRAL REPOSITORY RESPONSE TO CHALLENGE OF CRIMINAL HISTORY RECORD INFORMATION

THE EXCEPTION(S) NOTED IN PART II HAS BEEN REVIEWED.

Page # 140 Exibit #10J

☐ EXCEPTIONS VALID    CORRECTED CRIMINAL HISTORY INFORMATION ENCLOSED.

CORRECTED CRIMINAL HISTORY INFORMATION DISSEMINATED TO ALL CRIMINAL JUSTICE AGENCIES WHICH HAVE RECEIVED INACCURATE CRIMINAL HISTORY RECORD INFORMATION.

CRIMINAL HISTORY RECORD INFORMATION PREVIOUSLY FURNISHED TO THE FOLLOWING NONCRIMINAL JUSTICE AGENCIES:

_____

_____

☐ EXCEPTIONS INVALID

Central Repository Official Reviewing Challenge    493931    Date